IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, *Plaintiff*, | § § § § § § | CIVIL ACTION 6:20-cv-00487-ADA<br>CIVIL ACTION 6:20-cv-00488-ADA<br>CIVIL ACTION 6:20-cv-00489-ADA<br>CIVIL ACTION 6:20-cv-00490-ADA<br>CIVIL ACTION 6:20-cv-00491-ADA |
| v. | § § § § | CIVIL ACTION 6:20-cv-00492-ADA<br>CIVIL ACTION 6:20-cv-00493-ADA<br>CIVIL ACTION 6:20-cv-00494-ADA<br>CIVIL ACTION 6:20-cv-00495-ADA |
| ZTE CORPORAION, ZTE (USA) INC, AND ZTE (TX), INC., *Defendants*. | § § | CIVIL ACTION 6:20-cv-00496-ADA<br>CIVIL ACTION 6:20-cv-00497-ADA |

## JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC and Defendants ZTE Corporation, ZTE (USA) Inc, and ZTE (TX) Inc. jointly submit an Agreed Proposed Scheduling Order, attached hereto as Exhibit A.

Date:  October 29, 2020            Respectfully submitted,

By:   */s/ James L. Etheridge*

James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092

Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*


*/s/ Erick Robinson*
Dunlap, Bennett & Ludwig PLLC

Erick Robinson
State Bar No. 24039142
7215 Bosque Blvd.,
Waco, TX 76710
Telephone:  (254) 870-7302
Facsimile:  (713)583-9737
Email:erobinson@dbllawyers.com

David R. Keesling,
OK Bar No. 17881
Timothy S. Kittle,
OK Bar No. 219796660
South Sheridan Road, Suite 250
Tulsa, Oklahoma 74133
(918) 998-9350 Telephone
(918) 998-9360 –Facsimile
dkeesling@dbllawyers.com
kittle@dbllawyers.com

Attorneys for Defendants

– 3 –

## CERTIFICATE OF SERVICE

I certify that on October 29, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James L. Etheridge*
James L. Etheridge
