**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC d/b/a** | § | |
| **BRAZOS LICENSING AND** | § | |
| **DEVELOPMENT,** | § | **C.A. NO. 6:20-cv-00496-ADA** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ZTE CORPORATION, ZTE (USA), INC.** | § | |
| **and ZTE (TX), INC.,** | § | |
| **Defendants.** | | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants ZTE Corporation, ZTE (USA), Inc. and ZTE (TX), Inc., (collectively "ZTE"), notify the Court and the parties of the appearance of Lionel M. Lavenue as counsel on its behalf. Defendants respectfully request that Mr. Lavenue, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED: November 5, 2020                    Respectfully submitted,


                                                  /s/Lionel M. Lavenue
                                                  Lionel M. Lavenue
                                                  Virginia Bar No. 49,005
                                                  lionel.lavenue@finnegan.com
                                                  **FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, LLP**
                                                  1875 Explorer Street, Suite 800
                                                  Reston, VA 20190
                                                     Phone: (571) 203-2700
                                                     Fax:     (202) 408-4400

                                                  Attorney for Defendants,
                                                  ZTE Corporation
                                                  ZTE (USA), Inc.
                                                  ZTE (TX), Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 5, 2020.

*/s/Lionel M. Lavenue*
Lionel M. Lavenue