# EXHIBIT 2

| 12/291,570 | METHOD AND APPARATUS FOR PERFORMING VIDEO CODING AND DECODING WITH USE OF VIRTUAL REFERENCE DATA | 29250-002580/US | 04-12-2022::13:13:50 |

# Patent Assignment Abstract of Title

**Total Assignments: 8**

| | | | |
|---|---|---|---|
| **Application #:** 12291570 | **Filing Dt:** 11/12/2008 | **Patent #:** 8179960 | **Issue Dt:** 05/15/2012 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20100118958 | **Pub Dt:** 05/13/2010 |

**Inventors:** James William McGowan, Michael Charles Recchione

**Title:** METHOD AND APPARATUS FOR PERFORMING VIDEO CODING AND DECODING WITH USE OF VIRTUAL REFERENCE DATA

## Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 022178 / 0836 | **Received:** 01/27/2009 | **Recorded:** 01/27/2009 | **Mailed:** 01/30/2009 | **Pages:** 5 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignors:** MCGOWAN, JAMES WILLIAM | **Exec Dt:** 01/26/2009 |
| RECCHIONE, MICHAEL CHARLES | **Exec Dt:** 01/26/2009 |

**Assignee:** ALCATEL-LUCENT USA INC.
600-700 MOUNTAIN AVENUE
P.O. BOX 636
MURRAY HILL, NEW JERSEY 07974-0636

**Correspondent:** DOCKET ADMINISTRATOR
ROOM 2F-192
600-700 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974-0636

## Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 027875 / 0348 | **Received:** 03/16/2012 | **Recorded:** 03/16/2012 | **Mailed:** 03/19/2012 | **Pages:** 5 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignor:** ALCATEL-LUCENT USA INC. | **Exec Dt:** 03/15/2012 |

**Assignee:** ALCATEL LUCENT
3, AVENUE OCTAVE GREARD
PARIS, FRANCE 75007

**Correspondent:** GREGORY J. MURGIA
600-700 MOUNTAIN AVENUE
DOCKET ADMINISTRATOR - ROOM 3D-201
MURRAY HILL, NJ 07974-0636

## Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** 044000 / 0053 | **Received:** 09/25/2017 | **Recorded:** 09/25/2017 | **Mailed:** 11/02/2017 | **Pages:** 238 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignor:** ALCATEL LUCENT | **Exec Dt:** 07/22/2017 |

**Assignee:** WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

**Correspondent:** BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

## Assignment: 4

| | | | |
|---|---|---|---|
| **Reel/Frame:** 043966 / 0574 | **Received:** 09/21/2017 | **Recorded:** 09/21/2017 | **Mailed:** 10/30/2017 | **Pages:** 316 |

**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignor:** WSOU INVESTMENTS, LLC | **Exec Dt:** 08/22/2017 |

**Assignee:** OMEGA CREDIT OPPORTUNITIES MASTER FUND, LP
C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10019

**Correspondent:** ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

## Assignment: 5

| | | | |
|---|---|---|---|
| **Reel/Frame:** 049235 / 0068 | **Received:** 05/20/2019 | **Recorded:** 05/20/2019 | **Mailed:** 05/21/2019 | **Pages:** 118 |

**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignor:** WSOU INVESTMENTS, LLC | **Exec Dt:** 05/16/2019 |

**Assignee:** BP FUNDING TRUST, SERIES SPL-VI
44 SOUTH BROADWAY, 11TH FLOOR
C/O BASEPOINT ADMINISTRATIVE, LLC
WHITE PLAINS, NEW YORK 10601

**Correspondent:** BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111

## Assignment: 6

| | | | |
|---|---|---|---|
| **Reel/Frame:** 049246 / 0405 | **Received:** 05/21/2019 | **Recorded:** 05/21/2019 | **Mailed:** 05/22/2019 | **Pages:** 315 |

| | | | | |
|---|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** | OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A OMEGA CREDIT OPPORTUNITIES MASTER FUND LP | | **Exec Dt:** 05/16/2019 | |
| **Assignee:** | WSOU INVESTMENTS, LLC | | | |
| | 11150 SANTA MONICA BOULEVARD, SUITE 1400 | | | |
| | LOS ANGELES, CALIFORNIA 90025 | | | |
| **Correspondent:** | ERICK J. PALMER | | | |
| | P.O. BOX 2828 | | | |
| | CHICAGO, IL 60690-2828 | | | |

### Assignment: 7

| **Reel/Frame:** 056526 / 0093 | **Received:** 06/03/2021 | **Recorded:** 06/03/2021 | **Mailed:** 06/15/2021 | **Pages:** 186 |
|---|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** | TERRIER SSC, LLC | | **Exec Dt:** 05/28/2021 | |
| **Assignee:** | WSOU INVESTMENTS, LLC | | | |
| | 11150 SANTA MONICA BLVD., SUITE 1400 | | | |
| | LOS ANGELES, CALIFORNIA 90025 | | | |
| **Correspondent:** | HOLLAND & KNIGHT LLP | | | |
| | 10 ST. JAMES AVENUE | | | |
| | BOSTON, MA 02116 | | | |

### Assignment: 8

| **Reel/Frame:** 056990 / 0081 | **Received:** 06/01/2021 | **Recorded:** 06/01/2021 | **Mailed:** 07/28/2021 | **Pages:** 190 |
|---|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** | WSOU INVESTMENTS, LLC | | **Exec Dt:** 05/28/2021 | |
| **Assignee:** | OT WSOU TERRIER HOLDINGS, LLC | | | |
| | 333 SOUTH GRAND AVENUE, 28TH FLOOR | | | |
| | LOS ANGELES, CALIFORNIA 90071 | | | |
| **Correspondent:** | REBECCA B. LYNE | | | |
| | 1285 AVENUE OF THE AMERICAS | | | |
| | PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP | | | |
| | NEW YORK, NY 10019-6064 | | | |

Search Results as of: 04/12/2022 13:13:48 PM

***Disclaimer:***
***Assignment information on the assignment database reflects assignment documents that have been actually recorded.***
***If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.***
***If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350***

### Close Window