# EXHIBIT 3

| 12/939,314 | TRANSMISSION RESOURCE RESERVATION SCHEME | 800.0639.U1(US) | 04-12-2022::13:09:33 |

## Patent Assignment Abstract of Title

**Total Assignments: 8**

| | | | |
|---|---|---|---|
| **Application #:** 12939314 | **Filing Dt:** 11/04/2010 | **Patent #:** 8730905 | **Issue Dt:** 05/20/2014 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20120113952 | **Pub Dt:** 05/10/2012 |
| **Inventors:** Jarkko Kneckt, Mika Kasslin, Janne Marin | | | |
| **Title:** TRANSMISSION RESOURCE RESERVATION SCHEME | | | |

### Assignment: 1
| | | | |
|---|---|---|---|
| **Reel/Frame:** 025314 / 0289 | **Received:** 11/26/2010 | **Recorded:** 11/26/2010 | **Mailed:** 12/01/2010 | **Pages:** 4 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignors:** KNECKT, JARKKO | | | **Exec Dt:** 11/15/2010 |
| KASSLIN, MIKA | | | **Exec Dt:** 11/15/2010 |
| MARIN, JANNE | | | **Exec Dt:** 11/15/2010 |
| **Assignee:** NOKIA CORPORATION<br>KEILALAHDENTIE 4<br>ESPOO, FINLAND FIN-02150 | | | |
| **Correspondent:** JERRY STANTON<br>HARRINGTON & SMITH<br>ATTORNEYS AT LAW, LLC<br>4 RESEARCH DRIVE<br>SHELTON, CT 06484-6212 | | | |

### Assignment: 2
| | | | |
|---|---|---|---|
| **Reel/Frame:** 035457 / 0847 | **Received:** 04/21/2015 | **Recorded:** 04/21/2015 | **Mailed:** 04/22/2015 | **Pages:** 4 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** NOKIA CORPORATION | | | **Exec Dt:** 01/16/2015 |
| **Assignee:** NOKIA TECHNOLOGIES OY<br>KARAPORTTI 3<br>ESPOO, FINLAND 02610 | | | |
| **Correspondent:** NOKIA USA INC. ATTN: IP DOCKETING<br>200 SOUTH MATHILDA AVE<br>SUNNYVALE, CA 94086 | | | |

### Assignment: 3
| | | | |
|---|---|---|---|
| **Reel/Frame:** 043953 / 0822 | **Received:** 09/25/2017 | **Recorded:** 09/25/2017 | **Mailed:** 10/27/2017 | **Pages:** 85 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** NOKIA TECHNOLOGIES OY | | | **Exec Dt:** 07/22/2017 |
| **Assignee:** WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BLVD.<br>SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 | | | |
| **Correspondent:** BURDICK PATENTS<br>2526 W. STATE STREET<br>BOISE, ID 83702 | | | |

### Assignment: 4
| | | | |
|---|---|---|---|
| **Reel/Frame:** 043966 / 0574 | **Received:** 09/21/2017 | **Recorded:** 09/21/2017 | **Mailed:** 10/30/2017 | **Pages:** 316 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** WSOU INVESTMENTS, LLC | | | **Exec Dt:** 08/22/2017 |
| **Assignee:** OMEGA CREDIT OPPORTUNITIES MASTER FUND, LP<br>C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE<br>33RD FLOOR<br>NEW YORK, NEW YORK 10019 | | | |
| **Correspondent:** ERICK J. PALMER<br>P.O. BOX 2828<br>CHICAGO, IL 60690-2828 | | | |

### Assignment: 5
| | | | |
|---|---|---|---|
| **Reel/Frame:** 049235 / 0068 | **Received:** 05/20/2019 | **Recorded:** 05/20/2019 | **Mailed:** 05/21/2019 | **Pages:** 118 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** WSOU INVESTMENTS, LLC | | | **Exec Dt:** 05/16/2019 |
| **Assignee:** BP FUNDING TRUST, SERIES SPL-VI<br>44 SOUTH BROADWAY, 11TH FLOOR<br>C/O BASEPOINT ADMINISTRATIVE, LLC<br>WHITE PLAINS, NEW YORK 10601 | | | |
| **Correspondent:** BROWN RUDNICK LLP<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | | | |

### Assignment: 6
| | | | |
|---|---|---|---|
| **Reel/Frame:** 049246 / 0405 | **Received:** 05/21/2019 | **Recorded:** 05/21/2019 | **Mailed:** 05/22/2019 | **Pages:** 315 |

| | |
|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). |
| **Assignor:** | OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A OMEGA CREDIT OPPORTUNITIES MASTER FUND LP |
| | **Exec Dt:** 05/16/2019 |
| **Assignee:** | WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BOULEVARD, SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 |
| **Correspondent:** | ERICK J. PALMER<br>P.O. BOX 2828<br>CHICAGO, IL 60690-2828 |

### Assignment: 7

| | |
|---|---|
| **Reel/Frame:** 056526 / 0093 | **Received:** 06/03/2021   **Recorded:** 06/03/2021   **Mailed:** 06/15/2021   **Pages:** 186 |
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). |
| **Assignor:** | TERRIER SSC, LLC   **Exec Dt:** 05/28/2021 |
| **Assignee:** | WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BLVD., SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 |
| **Correspondent:** | HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 |

### Assignment: 8

| | |
|---|---|
| **Reel/Frame:** 056990 / 0081 | **Received:** 06/01/2021   **Recorded:** 06/01/2021   **Mailed:** 07/28/2021   **Pages:** 190 |
| **Conveyance:** | SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). |
| **Assignor:** | WSOU INVESTMENTS, LLC   **Exec Dt:** 05/28/2021 |
| **Assignee:** | OT WSOU TERRIER HOLDINGS, LLC<br>333 SOUTH GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CALIFORNIA 90071 |
| **Correspondent:** | REBECCA B. LYNE<br>1285 AVENUE OF THE AMERICAS<br>PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP<br>NEW YORK, NY 10019-6064 |

Search Results as of: 04/12/2022 13:09:31 PM

***Disclaimer:***
***Assignment information on the assignment database reflects assignment documents that have been actually recorded.***
***If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.***
***If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350***

**Close Window**