# EXHIBIT 4

| 13/700,093 | Bandwidth Extender | 042933/427003 | 04-12-2022::13:09:00 |

# Patent Assignment Abstract of Title

**Total Assignments:** 8

| | | | |
|---|---|---|---|
| **Application #:** 13700093 | **Filing Dt:** 02/06/2013 | **Patent #:** 9294060 | **Issue Dt:** 03/22/2016 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20130144614 | **Pub Dt:** 06/06/2013 |
| **Inventors:** Ville Mikael Myllyla, Laura Laaksonen, Hannu Juhani Pulakka, Paavo Ilmari Alku | | | |
| **Title:** Bandwidth Extender | | | |

## Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 029771 / 0660 | **Received:** 02/07/2013 | **Recorded:** 02/07/2013 | **Mailed:** 02/08/2013 | **Pages:** 7 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors:**
- MYLLYLA, VILLE MIKAEL — **Exec Dt:** 01/22/2013
- LAAKSONEN, LAURA — **Exec Dt:** 01/18/2013
- PULAKKA, HANNU — **Exec Dt:** 01/22/2013
- ALKU, PAAVO ILMARI — **Exec Dt:** 01/18/2013

**Assignee:** NOKIA CORPORATION
KEILALAHDENTIE 4
ESPOO, FINLAND FIN-02150

**Correspondent:** GUY R. GOSNELL
101 S. TRYON STREET, SUITE 4000
ALSTON & BIRD LLP
CHARLOTTE, NC 28280-4000

## Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 035316 / 0579 | **Received:** 03/24/2015 | **Recorded:** 03/24/2015 | **Mailed:** 04/03/2015 | **Pages:** 7 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** NOKIA CORPORATION — **Exec Dt:** 01/16/2015

**Assignee:** NOKIA TECHNOLOGIES OY
KARAPORTTI 3
ESPOO, FINLAND 02610

**Correspondent:** NOKIA USA, INC
200 SOUTH MATHILDA AVE
ATTN: INTELLECTUAL PROPERTY
SUNNYVALE, CA 94086

## Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** 043953 / 0822 | **Received:** 09/25/2017 | **Recorded:** 09/25/2017 | **Mailed:** 10/27/2017 | **Pages:** 85 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** NOKIA TECHNOLOGIES OY — **Exec Dt:** 07/22/2017

**Assignee:** WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

**Correspondent:** BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

## Assignment: 4

| | | | |
|---|---|---|---|
| **Reel/Frame:** 043966 / 0574 | **Received:** 09/21/2017 | **Recorded:** 09/21/2017 | **Mailed:** 10/30/2017 | **Pages:** 316 |

**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** WSOU INVESTMENTS, LLC — **Exec Dt:** 08/22/2017

**Assignee:** OMEGA CREDIT OPPORTUNITIES MASTER FUND, LP
C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10019

**Correspondent:** ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

## Assignment: 5

| | | | |
|---|---|---|---|
| **Reel/Frame:** 049235 / 0068 | **Received:** 05/20/2019 | **Recorded:** 05/20/2019 | **Mailed:** 05/21/2019 | **Pages:** 118 |

**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** WSOU INVESTMENTS, LLC — **Exec Dt:** 05/16/2019

**Assignee:** BP FUNDING TRUST, SERIES SPL-VI
44 SOUTH BROADWAY, 11TH FLOOR
C/O BASEPOINT ADMINISTRATIVE, LLC
WHITE PLAINS, NEW YORK 10601

**Correspondent:** BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111

## Assignment: 6

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 049246 / 0405 | **Received:** 05/21/2019 | **Recorded:** 05/21/2019 | **Mailed:** 05/22/2019 | **Pages:** 315 |
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** | OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A OMEGA CREDIT OPPORTUNITIES MASTER FUND LP | | | **Exec Dt:** 05/16/2019 | |
| **Assignee:** | WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BOULEVARD, SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 | | | | |
| **Correspondent:** | ERICK J. PALMER<br>P.O. BOX 2828<br>CHICAGO, IL 60690-2828 | | | | |

### Assignment: 7

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 056526 / 0093 | **Received:** 06/03/2021 | **Recorded:** 06/03/2021 | **Mailed:** 06/15/2021 | **Pages:** 186 |
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** | TERRIER SSC, LLC | | | **Exec Dt:** 05/28/2021 | |
| **Assignee:** | WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BLVD., SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 | | | | |
| **Correspondent:** | HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | | | | |

### Assignment: 8

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 056990 / 0081 | **Received:** 06/01/2021 | **Recorded:** 06/01/2021 | **Mailed:** 07/28/2021 | **Pages:** 190 |
| **Conveyance:** | SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** | WSOU INVESTMENTS, LLC | | | **Exec Dt:** 05/28/2021 | |
| **Assignee:** | OT WSOU TERRIER HOLDINGS, LLC<br>333 SOUTH GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CALIFORNIA 90071 | | | | |
| **Correspondent:** | REBECCA B. LYNE<br>1285 AVENUE OF THE AMERICAS<br>PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP<br>NEW YORK, NY 10019-6064 | | | | |

Search Results as of: 04/12/2022 13:08:58 PM

***Disclaimer:***
*Assignment information on the assignment database reflects assignment documents that have been actually recorded.*
*If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.*
*If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350*

**Close Window**