# EXHIBIT 5

| 11/088,073 | Method and apparatus for flow control of data in a network | R Malhotra 7 (LCNT/126709 | 04-12-2022::12:55:47 |
|---|---|---|---|

## Patent Assignment Abstract of Title

**Total Assignments:** 11

| | | | |
|---|---|---|---|
| **Application #:** 11088073 | **Filing Dt:** 03/23/2005 | **Patent #:** 9185036 | **Issue Dt:** 11/10/2015 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20060215550 | **Pub Dt:** 09/28/2006 |
| **Inventor:** Richa Malhotra | | | |
| **Title:** Method and apparatus for flow control of data in a network | | | |

### Assignment: 1
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 016416 / 0315 | **Received:** 04/05/2005 | **Recorded:** 03/23/2005 | **Mailed:** 08/18/2005 | **Pages:** 3 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** MALHOTRA, RICHA | | | **Exec Dt:** 03/23/2005 | |
| **Assignee:** LUCENT TECHNOLOGIES, INC.<br>600 MOUNTAIN AVENUE<br>MURRAY HILL, NEW JERSEY 07974-0636 | | | | |
| **Correspondent:** EAMON J. WALL<br>MOSER, PATTERSON & SHERIDAN, LLP<br>595 SHREWSBURY AVENUE, SUITE 100<br>SHREWSBURY, NEW JERSEY 07702 | | | | |

### Assignment: 2
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 036946 / 0995 | **Received:** 11/03/2015 | **Recorded:** 11/03/2015 | **Mailed:** 11/04/2015 | **Pages:** 4 |
| **Conveyance:** MERGER AND CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignors:** ALCATEL USA MARKETING, INC. | | | **Exec Dt:** 11/01/2008 | |
| ALCATEL USA SOURCING, INC. | | | **Exec Dt:** 11/01/2008 | |
| LUCENT TECHNOLOGIES INC. | | | **Exec Dt:** 11/01/2008 | |
| **Newly Merged Entity Data**<br>LUCENT TECHNOLOGIES INC. | | | **Exec Dt:** 11/01/2008 | |
| **Newly Merged Entity's New Name:** ALCATEL-LUCENT USA INC.<br>600-700 MOUNTAIN AVENUE<br>MURRAY HILL, NEW JERSEY 07974-0636 | | | | |
| **Correspondent:** DOCKET ADMINISTRATOR<br>600-700 MOUNTAIN AVENUE<br>ROOM 3B-212F<br>MURRAY HILL, NJ 07974-0636 | | | | |

### Assignment: 3
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 029821 / 0001 | **Received:** 01/30/2013 | **Recorded:** 01/30/2013 | **Mailed:** 03/04/2013 | **Pages:** 257 |
| **Conveyance:** SECURITY AGREEMENT | | | | |
| **Assignor:** ALCATEL LUCENT | | | **Exec Dt:** 01/30/2013 | |
| **Assignee:** CREDIT SUISSE AG<br>ELEVEN MADISON AVENUE<br>NEW YORK, NEW YORK 10010 | | | | |
| **Correspondent:** DANIEL ST. ONGE, ESQ.<br>KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | | | | |

### Assignment: 4
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 033868 / 0555 | **Received:** 09/30/2014 | **Recorded:** 09/30/2014 | **Mailed:** 10/03/2014 | **Pages:** 181 |
| **Conveyance:** RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** CREDIT SUISSE AG | | | **Exec Dt:** 08/19/2014 | |
| **Assignee:** ALCATEL LUCENT<br>3, AVENUE OCTAVE GRÉARD , 75007<br>PARIS, FRANCE | | | | |
| **Correspondent:** KIRKLAND & ELLIS LLP<br>ATTN: HAYLEY SMITH SR. LEGAL ASSISTANT<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | | | | |

### Assignment: 5
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 037007 / 0829 | **Received:** 11/11/2015 | **Recorded:** 11/11/2015 | **Mailed:** 11/12/2015 | **Pages:** 5 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** ALCATEL-LUCENT USA INC. | | | **Exec Dt:** 11/05/2015 | |
| **Assignee:** ALCATEL LUCENT<br>148/152 ROUTE DE LA REINE<br>BOULOGNE-BILLANCOURT, FRANCE 92100 | | | | |
| **Correspondent:** DOCKET ADMINISTRATOR<br>600-700 MOUNTAIN AVENUE<br>ROOM 3B-212F<br>MURRAY HILL, NJ 07974-0636 | | | | |

| **Assignment: 6** | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** 044000 / 0053 | **Received:** 09/25/2017 | **Recorded:** 09/25/2017 | **Mailed:** 11/02/2017 | **Pages:** 238 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** ALCATEL LUCENT | | | **Exec Dt:** 07/22/2017 | |
| **Assignee:** WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BLVD.<br>SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 | | | | |
| **Correspondent:** BURDICK PATENTS<br>2526 W. STATE STREET<br>BOISE, ID 83702 | | | | |

| **Assignment: 7** | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** 043966 / 0574 | **Received:** 09/21/2017 | **Recorded:** 09/21/2017 | **Mailed:** 10/30/2017 | **Pages:** 316 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** WSOU INVESTMENTS, LLC | | | **Exec Dt:** 08/22/2017 | |
| **Assignee:** OMEGA CREDIT OPPORTUNITIES MASTER FUND, LP<br>C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE<br>33RD FLOOR<br>NEW YORK, NEW YORK 10019 | | | | |
| **Correspondent:** ERICK J. PALMER<br>P.O. BOX 2828<br>CHICAGO, IL 60690-2828 | | | | |

| **Assignment: 8** | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** 049235 / 0068 | **Received:** 05/20/2019 | **Recorded:** 05/20/2019 | **Mailed:** 05/21/2019 | **Pages:** 118 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** WSOU INVESTMENTS, LLC | | | **Exec Dt:** 05/16/2019 | |
| **Assignee:** BP FUNDING TRUST, SERIES SPL-VI<br>44 SOUTH BROADWAY, 11TH FLOOR<br>C/O BASEPOINT ADMINISTRATIVE, LLC<br>WHITE PLAINS, NEW YORK 10601 | | | | |
| **Correspondent:** BROWN RUDNICK LLP<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | | | | |

| **Assignment: 9** | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** 049246 / 0405 | **Received:** 05/21/2019 | **Recorded:** 05/21/2019 | **Mailed:** 05/22/2019 | **Pages:** 315 |
| **Conveyance:** RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A OMEGA CREDIT OPPORTUNITIES MASTER FUND LP | | | **Exec Dt:** 05/16/2019 | |
| **Assignee:** WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BOULEVARD, SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 | | | | |
| **Correspondent:** ERICK J. PALMER<br>P.O. BOX 2828<br>CHICAGO, IL 60690-2828 | | | | |

| **Assignment: 10** | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** 056526 / 0093 | **Received:** 06/03/2021 | **Recorded:** 06/03/2021 | **Mailed:** 06/15/2021 | **Pages:** 186 |
| **Conveyance:** RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** TERRIER SSC, LLC | | | **Exec Dt:** 05/28/2021 | |
| **Assignee:** WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BLVD., SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 | | | | |
| **Correspondent:** HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | | | | |

| **Assignment: 11** | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** 056990 / 0081 | **Received:** 06/01/2021 | **Recorded:** 06/01/2021 | **Mailed:** 07/28/2021 | **Pages:** 190 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** WSOU INVESTMENTS, LLC | | | **Exec Dt:** 05/28/2021 | |
| **Assignee:** OT WSOU TERRIER HOLDINGS, LLC<br>333 SOUTH GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CALIFORNIA 90071 | | | | |
| **Correspondent:** REBECCA B. LYNE<br>1285 AVENUE OF THE AMERICAS<br>PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP<br>NEW YORK, NY 10019-6064 | | | | |

Search Results as of: 04/12/2022 12:55:45 PM

*Disclaimer:*
**Assignment information on the assignment database reflects assignment documents that have been actually recorded.**

*If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.*
*If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350*

**Close Window**