# EXHIBIT 6

| 11/483,720 | METHOD FOR TRANSMITTING USER DATA IN A MULTI-CARRIER RADIO COMMUNICATION SYSTEM, AND CORRESPONDING RECEIVER | 137895-US-NP | 04-12-2022::12:36:23 |
|---|---|---|---|

# Patent Assignment Abstract of Title

**Total Assignments:** 8

| | | | |
|---|---|---|---|
| **Application #:** 11483720 | **Filing Dt:** 07/11/2006 | **Patent #:** 7742534 | **Issue Dt:** 06/22/2010 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20070025459 | **Pub Dt:** 02/01/2007 |
| **Inventors:** Stephen Kaminski, Ralph Ballentin | | | |
| **Title:** METHOD FOR TRANSMITTING USER DATA IN A MULTI-CARRIER RADIO COMMUNICATION SYSTEM, AND CORRESPONDING RECEIVER | | | |

## Assignment: 1

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 018100 / 0016 | **Received:** 07/17/2006 | **Recorded:** 07/11/2006 | **Mailed:** 08/14/2006 | **Pages:** 2 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignors:** KAMINSKI, STEPHEN | | | **Exec Dt:** 12/19/2005 | |
| BALLENTIN, RALPH | | | **Exec Dt:** 03/01/2006 | |

**Assignee:** ALCATEL
54, RUE LA BOETIE
75008 PARIS, FRANCE

**Correspondent:** SUGHRUE MION, PLLC
2100 PENNSYLVANIA AVENUE, N.W.
SUITE 800
WASHINGTON, DC 20037

## Assignment: 2

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 024363 / 0860 | **Received:** 05/11/2010 | **Recorded:** 05/11/2010 | **Mailed:** 05/11/2010 | **Pages:** 12 |
| **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** ALCATEL | | | **Exec Dt:** 11/30/2006 | |

**Assignee:** ALCATEL LUCENT
54, RUE LA BOETIE
PARIS, FRANCE 75008

**Correspondent:** FAY SHARPE/LUCENT
1228 EUCLID AVENUE
FIFTH FLOOR
CLEVELAND, OH 44115

## Assignment: 3

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 044000 / 0053 | **Received:** 09/25/2017 | **Recorded:** 09/25/2017 | **Mailed:** 11/02/2017 | **Pages:** 238 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** ALCATEL LUCENT | | | **Exec Dt:** 07/22/2017 | |

**Assignee:** WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

**Correspondent:** BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

## Assignment: 4

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 043966 / 0574 | **Received:** 09/21/2017 | **Recorded:** 09/21/2017 | **Mailed:** 10/30/2017 | **Pages:** 316 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** WSOU INVESTMENTS, LLC | | | **Exec Dt:** 08/22/2017 | |

**Assignee:** OMEGA CREDIT OPPORTUNITIES MASTER FUND, LP
C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10019

**Correspondent:** ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

## Assignment: 5

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 049235 / 0068 | **Received:** 05/20/2019 | **Recorded:** 05/20/2019 | **Mailed:** 05/21/2019 | **Pages:** 118 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** WSOU INVESTMENTS, LLC | | | **Exec Dt:** 05/16/2019 | |

**Assignee:** BP FUNDING TRUST, SERIES SPL-VI
44 SOUTH BROADWAY, 11TH FLOOR
C/O BASEPOINT ADMINISTRATIVE, LLC
WHITE PLAINS, NEW YORK 10601

**Correspondent:** BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111

## Assignment: 6

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 049246 / 0405 | **Received:** 05/21/2019 | **Recorded:** 05/21/2019 | **Mailed:** 05/22/2019 | **Pages:** 315 |

| | |
|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). |
| **Assignor:** | OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A OMEGA CREDIT OPPORTUNITIES MASTER FUND LP |
| **Exec Dt:** | 05/16/2019 |
| **Assignee:** | WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BOULEVARD, SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 |
| **Correspondent:** | ERICK J. PALMER<br>P.O. BOX 2828<br>CHICAGO, IL 60690-2828 |

### Assignment: 7

| | |
|---|---|
| **Reel/Frame:** 056526 / 0093 | **Received:** 06/03/2021  **Recorded:** 06/03/2021  **Mailed:** 06/15/2021  **Pages:** 186 |
| **Conveyance:** | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). |
| **Assignor:** | TERRIER SSC, LLC |
| **Exec Dt:** | 05/28/2021 |
| **Assignee:** | WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BLVD., SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 |
| **Correspondent:** | HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 |

### Assignment: 8

| | |
|---|---|
| **Reel/Frame:** 056990 / 0081 | **Received:** 06/01/2021  **Recorded:** 06/01/2021  **Mailed:** 07/28/2021  **Pages:** 190 |
| **Conveyance:** | SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). |
| **Assignor:** | WSOU INVESTMENTS, LLC |
| **Exec Dt:** | 05/28/2021 |
| **Assignee:** | OT WSOU TERRIER HOLDINGS, LLC<br>333 SOUTH GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CALIFORNIA 90071 |
| **Correspondent:** | REBECCA B. LYNE<br>1285 AVENUE OF THE AMERICAS<br>PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP<br>NEW YORK, NY 10019-6064 |

Search Results as of: 04/12/2022 12:36:19 PM

***Disclaimer:***
***Assignment information on the assignment database reflects assignment documents that have been actually recorded.***
***If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.***
***If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350***

**Close Window**