# EXHIBIT 7

| 12/310,660 | METHOD AND APPARATUS FOR MANAGING ROUTE INFORMATION AND FORWARDING DATA IN ACCESS DEVICES | 29250H-000013/US | 04-12-2022::15:27:07 |

## Patent Assignment Abstract of Title

**Total Assignments:** 3

| | | | |
|---|---|---|---|
| **Application #:** 12310660 | **Filing Dt:** 05/29/2009 | **Patent #:** 8451839 | **Issue Dt:** 05/28/2013 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20090323693 | **Pub Dt:** 12/31/2009 |
| **Inventors:** Qin Yin, Yingzhong Miu, Jianhua Zhu, Yifeng Yao | | | |
| **Title:** METHOD AND APPARATUS FOR MANAGING ROUTE INFORMATION AND FORWARDING DATA IN ACCESS DEVICES | | | |

### Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 022776 / 0871 | **Received:** 06/03/2009 | **Recorded:** 05/29/2009 | **Mailed:** 06/04/2009 | **Pages:** 3 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors:** YIN, QIN — **Exec Dt:** 02/26/2009
MIU, YINGZHONG — **Exec Dt:** 02/28/2009
ZHU, JIANHUA — **Exec Dt:** 02/28/2009
YAO, YIFENG — **Exec Dt:** 02/26/2009

**Assignee:** ALCATEL LUCENT
54, RUE LA BOETIE
75008, PARIS, FRANCE

**Correspondent:** HARNESS, DICKEY & PIERCE, P.L.C.
P.O. BOX 8910
RESTON, VA 20195

### Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 045085 / 0001 | **Received:** 01/18/2018 | **Recorded:** 01/18/2018 | **Mailed:** 03/05/2018 | **Pages:** 53 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** ALCATEL LUCENT — **Exec Dt:** 12/22/2017

**Assignee:** WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

**Correspondent:** BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

### Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** 056990 / 0081 | **Received:** 06/01/2021 | **Recorded:** 06/01/2021 | **Mailed:** 07/28/2021 | **Pages:** 190 |

**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** WSOU INVESTMENTS, LLC — **Exec Dt:** 05/28/2021

**Assignee:** OT WSOU TERRIER HOLDINGS, LLC
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CALIFORNIA 90071

**Correspondent:** REBECCA B. LYNE
1285 AVENUE OF THE AMERICAS
PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP
NEW YORK, NY 10019-6064

Search Results as of: 04/12/2022 15:27:05 PM

**Disclaimer:**
Assignment information on the assignment database reflects assignment documents that have been actually recorded.
If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

**Close Window**