# EXHIBIT 8

| 11/095,043 | HARD HANDOFF PROCEDURE FOR DEDICATED AND HIGH SPEED SHARED CHANNELS | 67,108-100; DAS 10-3-43-2 | 04-12-2022::15:26:17 |
|---|---|---|---|

## Patent Assignment Abstract of Title

**Total Assignments:** 6

| | | | |
|---|---|---|---|
| **Application #:** 11095043 | **Filing Dt:** 03/31/2005 | **Patent #:** 7489929 | **Issue Dt:** 02/10/2009 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20060223535 | **Pub Dt:** 10/05/2006 |
| **Inventors:** Suman Das, Ali Masoomzadeh-Fard, Martin H. Meyers, Harish Viswanathan | | | |
| **Title:** HARD HANDOFF PROCEDURE FOR DEDICATED AND HIGH SPEED SHARED CHANNELS | | | |

### Assignment: 1
| | | | |
|---|---|---|---|
| **Reel/Frame:** 016099 / 0331 | **Received:** 04/19/2005 | **Recorded:** 04/19/2005 | **Mailed:** 06/07/2005 | **Pages:** 6 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors:**
- DAS, SUMAN — **Exec Dt:** 04/05/2005
- MASOOMZADCH-FARD, ALI — **Exec Dt:** 04/06/2005
- MEYERS, MARTIN H. — **Exec Dt:** 04/06/2005
- VISWANATHAN, HARISH — **Exec Dt:** 04/05/2005

**Assignee:** LUCENT TECHNOLOGIES, INC.
600 MOUNTAIN AVENUE
MURRAY HILL, NEW JERSEY 07974

**Correspondent:** CARLSON GASKEY & OLDS, P.C.
DAVID G. GASKEY
400 WEST MAPLE
SUITE 350
BIRMINGHAM, MI 48009

### Assignment: 2
**Reel/Frame:** 022031 / 0512   **Received:** 12/29/2008   **Recorded:** 12/29/2008   **Mailed:** 12/29/2008   **Pages:** 4

**Conveyance:** MERGER (SEE DOCUMENT FOR DETAILS).

**Assignor:** LUCENT TECHNOLOGIES INC.   **Exec Dt:** 11/01/2008

**Assignee:** ALCATEL-LUCENT USA INC.
600-700 MOUNTAIN AVENUE
MURRAY HILL, NEW JERSEY 07974

**Correspondent:** DOCKET ADMINISTRATOR
600-700 MOUNTAIN AVENUE
ROOM 2F-192
MURRAY HILL, NJ 07974

### Assignment: 3
**Reel/Frame:** 030510 / 0627   **Received:** 05/08/2013   **Recorded:** 03/07/2013   **Mailed:** 06/04/2013   **Pages:** 202

**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** ALCATEL-LUCENT USA INC.   **Exec Dt:** 01/30/2013

**Assignee:** CREDIT SUISSE AG
ELEVEN MADISON AVENUE
NEW YORK, NEW YORK 10010

**Correspondent:** DANIEL ST. ONGE, ESQ.
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

### Assignment: 4
**Reel/Frame:** 033950 / 0001   **Received:** 10/09/2014   **Recorded:** 10/09/2014   **Mailed:** 10/16/2014   **Pages:** 241

**Conveyance:** RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignor:** CREDIT SUISSE AG   **Exec Dt:** 08/19/2014

**Assignee:** ALCATEL-LUCENT USA INC.
600 MOUNTAIN AVENUE
MURRAY HILL, NEW JERSEY 07947

**Correspondent:** KIRKLAND & ELLIS LLP
ATTN HAYLEY SMITH, SR. LEGAL ASSISTANT
601 LEXINGTON AVENUE
NEW YORK, NY 10022

### Assignment: 5
**Reel/Frame:** 045089 / 0972   **Received:** 01/18/2018   **Recorded:** 01/18/2018   **Mailed:** 03/05/2018   **Pages:** 20

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** ALCATEL-LUCENT USA INC.   **Exec Dt:** 12/22/2017

**Assignee:** WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

**Correspondent:** BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

| | |
|---|---|
| **Assignment: 6** | |
| **Reel/Frame:** 056990 / 0081 **Received:** 06/01/2021 **Recorded:** 06/01/2021 **Mailed:** 07/28/2021 **Pages:** 190 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). |
| **Assignor:** WSOU INVESTMENTS, LLC **Exec Dt:** 05/28/2021 |
| **Assignee:** OT WSOU TERRIER HOLDINGS, LLC
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CALIFORNIA 90071 |
| **Correspondent:** REBECCA B. LYNE
1285 AVENUE OF THE AMERICAS
PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP
NEW YORK, NY 10019-6064 |

Search Results as of: 04/12/2022 15:26:15 PM

*Disclaimer:*
*Assignment information on the assignment database reflects assignment documents that have been actually recorded.*
*If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.*
*If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350*

**Close Window**