# EXHIBIT 9

| 10/820,111 | CENTRALIZED INTERNET PROTOCOL/MULTI-PROTOCOL LABEL SWITCHING CONNECTIVITY VERIFICATION IN A COMMUNICATIONS NETWORK MANAGEMENT CONTEXT | 04-12-2022::15:25:42 |

## Patent Assignment Abstract of Title

**Total Assignments:** 6

| | | | |
|---|---|---|---|
| **Application #:** 10820111 | **Filing Dt:** 04/08/2004 | **Patent #:** 7487240 | **Issue Dt:** 02/03/2009 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20050022189 | **Pub Dt:** 01/27/2005 |

**Inventors:** Denis Armand Proulx, Craig Ellirt Timmerman, Felix Katz, Macmohana Singh Virdy, Margaret Rachniowski, Afshan Zabihi
**Title:** CENTRALIZED INTERNET PROTOCOL/MULTI-PROTOCOL LABEL SWITCHING CONNECTIVITY VERIFICATION IN A COMMUNICATIONS NETWORK MANAGEMENT CONTEXT

### Assignment: 1
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 015198 / 0812 | **Received:** 04/14/2004 | **Recorded:** 04/08/2004 | **Mailed:** 09/30/2004 | **Pages:** 6 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| **Assignors:** | PROULX, DENIS ARMAND | **Exec Dt:** 04/06/2004 |
| | TIMMERMAN, CRAIG ALLIRT | **Exec Dt:** 04/06/2004 |
| | KATZ, FELIX | **Exec Dt:** 04/06/2004 |
| | RACHINOWSKI, MARGARET | **Exec Dt:** 04/06/2004 |
| | ZABIHI, AFSHAN | **Exec Dt:** 04/06/2004 |
| | VIRDY, MACMOHANA SING | **Exec Dt:** 04/07/2004 |

**Assignee:** ALCATEL
45 RUE LA BOETIE
PARIS, FRANCE 75008

**Correspondent:** KRAMER & AMADO, P.C.
TERRY W. KRAMER
2001 JEFFERSON DAVIS HIGHWAY
SUITE 1101
ARLINGTON, VA 22202

### Assignment: 2
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 021990 / 0751 | **Received:** 12/17/2008 | **Recorded:** 12/17/2008 | **Mailed:** 12/17/2008 | **Pages:** 5 |

**Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

**Assignor:** ALCATEL    **Exec Dt:** 11/30/2006

**Assignee:** ALCATEL LUCENT
54, RUE LA BOETIE
PARIS, FRANCE 75008

**Correspondent:** GREGORY J. MURGIA
3400 W. PLANO PARKWAY
MS LEGL2
PLANO, TX 75075

### Assignment: 3
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 029821 / 0001 | **Received:** 01/30/2013 | **Recorded:** 01/30/2013 | **Mailed:** 03/04/2013 | **Pages:** 257 |

**Conveyance:** SECURITY AGREEMENT

**Assignor:** ALCATEL LUCENT    **Exec Dt:** 01/30/2013

**Assignee:** CREDIT SUISSE AG
ELEVEN MADISON AVENUE
NEW YORK, NEW YORK 10010

**Correspondent:** DANIEL ST. ONGE, ESQ.
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

### Assignment: 4
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 033868 / 0001 | **Received:** 09/30/2014 | **Recorded:** 09/30/2014 | **Mailed:** 10/03/2014 | **Pages:** 173 |

**Conveyance:** RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignor:** CREDIT SUISSE AG    **Exec Dt:** 08/19/2014

**Assignee:** ALCATEL LUCENT
3, AVENUE OCTAVE GRÉARD , 75007
PARIS, FRANCE

**Correspondent:** KIRKLAND & ELLIS LLP
ATTN: HAYLEY SMITH SR. LEGAL ASSISTANT
601 LEXINGTON AVENUE
NEW YORK, NY 10022

### Assignment: 5
| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 045085 / 0001 | **Received:** 01/18/2018 | **Recorded:** 01/18/2018 | **Mailed:** 03/05/2018 | **Pages:** 53 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** ALCATEL LUCENT    **Exec Dt:** 12/22/2017

**Assignee:** WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

| | |
|---|---|
| **Correspondent:** | BURDICK PATENTS<br>2526 W. STATE STREET<br>BOISE, ID 83702 |

### Assignment: 6

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 056990 / 0081 | **Received:** 06/01/2021 | **Recorded:** 06/01/2021 | **Mailed:** 07/28/2021 | **Pages:** 190 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** WSOU INVESTMENTS, LLC | | | **Exec Dt:** 05/28/2021 | |
| **Assignee:** OT WSOU TERRIER HOLDINGS, LLC<br>333 SOUTH GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CALIFORNIA 90071 | | | | |
| **Correspondent:** REBECCA B. LYNE<br>1285 AVENUE OF THE AMERICAS<br>PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP<br>NEW YORK, NY 10019-6064 | | | | |

Search Results as of: 04/12/2022 15:25:40 PM

*<u>Disclaimer:</u>*
*Assignment information on the assignment database reflects assignment documents that have been actually recorded.*
*If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.*
*<u>If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350</u>*

## Close Window