# EXHIBIT 10

| 12/387,313 | PROCESSOR FOR AN APPARATUS, AN APPARATUS AND ASSOCIATED METHODS | 042933/417527 | 04-12-2022::15:25:00 |

# Patent Assignment Abstract of Title

**Total Assignments:** 4

| | | | |
|---|---|---|---|
| **Application #:** 12387313 | **Filing Dt:** 04/29/2009 | **Patent #:** 8147071 | **Issue Dt:** 04/03/2012 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20100277656 | **Pub Dt:** 11/04/2010 |
| **Inventor:** Petri Ahonen | | | |
| **Title:** PROCESSOR FOR AN APPARATUS, AN APPARATUS AND ASSOCIATED METHODS | | | |

## Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 023021 / 0950 | **Received:** 07/29/2009 | **Recorded:** 07/29/2009 | **Mailed:** 07/30/2009 | **Pages:** 3 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** AHONEN, PETRI | | | **Exec Dt:** 06/17/2009 |
| **Assignee:** NOKIA CORPORATION<br>KEILALAHDENTIE 4<br>ESPOO, FINLAND FIN-02150 | | | |
| **Correspondent:** WARE, FRESSOLA, VAN DER SLUYS & ET AL.<br>BRADFORD GREEN, BLDG. FIVE<br>755 MAIN ST., P.O. BOX 224<br>MONROE, CT 06468 | | | |

## Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 035445 / 0496 | **Received:** 04/16/2015 | **Recorded:** 04/16/2015 | **Mailed:** 04/21/2015 | **Pages:** 9 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** NOKIA CORPORATION | | | **Exec Dt:** 01/16/2015 |
| **Assignee:** NOKIA TECHNOLOGIES OY<br>KARAPORTTI 3<br>ESPOO, FINLAND 02610 | | | |
| **Correspondent:** NOKIA USA, INC<br>200 SOUTH MATHILDA AVE<br>ATTN: INTELLECTUAL PROPERTY<br>SUNNYVALE, CA 94086 | | | |

## Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** 045084 / 0282 | **Received:** 01/18/2018 | **Recorded:** 01/18/2018 | **Mailed:** 03/05/2018 | **Pages:** 13 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** NOKIA TECHNOLOGIES OY | | | **Exec Dt:** 12/22/2017 |
| **Assignee:** WSOU INVESTMENTS, LLC<br>11150 SANTA MONICA BLVD.<br>SUITE 1400<br>LOS ANGELES, CALIFORNIA 90025 | | | |
| **Correspondent:** BURDICK PATENTS<br>2526 W. STATE STREET<br>BOISE, ID 83702 | | | |

## Assignment: 4

| | | | |
|---|---|---|---|
| **Reel/Frame:** 056990 / 0081 | **Received:** 06/01/2021 | **Recorded:** 06/01/2021 | **Mailed:** 07/28/2021 | **Pages:** 190 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** WSOU INVESTMENTS, LLC | | | **Exec Dt:** 05/28/2021 |
| **Assignee:** OT WSOU TERRIER HOLDINGS, LLC<br>333 SOUTH GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CALIFORNIA 90071 | | | |
| **Correspondent:** REBECCA B. LYNE<br>1285 AVENUE OF THE AMERICAS<br>PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP<br>NEW YORK, NY 10019-6064 | | | |

Search Results as of: 04/12/2022 15:24:58 PM

***Disclaimer:***
Assignment information on the assignment database reflects assignment documents that have been actually recorded.
If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

# Close Window