# EXHIBIT 11

| 13/360,310 | INGRESS TRAFFIC FLOW CONTROL IN A DATA COMMUNICATIONS SYSTEM | ALC 3328-CON | 04-12-2022::15:28:29 |
|---|---|---|---|

## Patent Assignment Abstract of Title

**Total Assignments:** 5
**Application #:** 13360310   **Filing Dt:** 01/27/2012   **Patent #:** 9258232   **Issue Dt:** 02/09/2016
**PCT #:** NONE   **Intl Reg #:**   **Publication #:** US20120127862   **Pub Dt:** 05/24/2012
**Inventors:** John Madsen, Joey Chow, Dion Pike
**Title:** INGRESS TRAFFIC FLOW CONTROL IN A DATA COMMUNICATIONS SYSTEM

### Assignment: 1
**Reel/Frame:** 027610 / 0953   **Received:** 01/27/2012   **Recorded:** 01/27/2012   **Mailed:** 01/30/2012   **Pages:** 5
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignors:** MADSEN, JOHN   **Exec Dt:** 10/17/2007
   CHOW, JOEY   **Exec Dt:** 10/17/2007
   PIKE, DION   **Exec Dt:** 10/18/2007
**Assignee:** ALCATEL-LUCENT
   54, RUE LA BOETIE
   PARIS, FRANCE 75008
**Correspondent:** TERRY W. KRAMER, ESQ. KRAMER & AMADO, P.
   1725 DUKE STREET, SUITE 240
   ALEXANDRIA, VA 22314

### Assignment: 2
**Reel/Frame:** 029821 / 0001   **Received:** 01/30/2013   **Recorded:** 01/30/2013   **Mailed:** 03/04/2013   **Pages:** 257
**Conveyance:** SECURITY AGREEMENT
**Assignor:** ALCATEL LUCENT   **Exec Dt:** 01/30/2013
**Assignee:** CREDIT SUISSE AG
   ELEVEN MADISON AVENUE
   NEW YORK, NEW YORK 10010
**Correspondent:** DANIEL ST. ONGE, ESQ.
   KIRKLAND & ELLIS LLP
   601 LEXINGTON AVENUE
   NEW YORK, NY 10022

### Assignment: 3
**Reel/Frame:** 033868 / 0555   **Received:** 09/30/2014   **Recorded:** 09/30/2014   **Mailed:** 10/03/2014   **Pages:** 181
**Conveyance:** RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).
**Assignor:** CREDIT SUISSE AG   **Exec Dt:** 08/19/2014
**Assignee:** ALCATEL LUCENT
   3, AVENUE OCTAVE GRÉARD , 75007
   PARIS, FRANCE
**Correspondent:** KIRKLAND & ELLIS LLP
   ATTN: HAYLEY SMITH SR. LEGAL ASSISTANT
   601 LEXINGTON AVENUE
   NEW YORK, NY 10022

### Assignment: 4
**Reel/Frame:** 045085 / 0001   **Received:** 01/18/2018   **Recorded:** 01/18/2018   **Mailed:** 03/05/2018   **Pages:** 53
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** ALCATEL LUCENT   **Exec Dt:** 12/22/2017
**Assignee:** WSOU INVESTMENTS, LLC
   11150 SANTA MONICA BLVD.
   SUITE 1400
   LOS ANGELES, CALIFORNIA 90025
**Correspondent:** BURDICK PATENTS
   2526 W. STATE STREET
   BOISE, ID 83702

### Assignment: 5
**Reel/Frame:** 056990 / 0081   **Received:** 06/01/2021   **Recorded:** 06/01/2021   **Mailed:** 07/28/2021   **Pages:** 190
**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** WSOU INVESTMENTS, LLC   **Exec Dt:** 05/28/2021
**Assignee:** OT WSOU TERRIER HOLDINGS, LLC
   333 SOUTH GRAND AVENUE, 28TH FLOOR
   LOS ANGELES, CALIFORNIA 90071
**Correspondent:** REBECCA B. LYNE
   1285 AVENUE OF THE AMERICAS
   PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP
   NEW YORK, NY 10019-6064

Search Results as of: 04/12/2022 15:27:40 PM

_Disclaimer:_

*Assignment information on the assignment database reflects assignment documents that have been actually recorded.*
*If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.*
*If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350*

[Close Window]