# EXHIBIT 12

| 09/941,851 | MESSAGE TRANSFER FROM A SOURCE DEVICE VIA A MOBILE TERMINAL DEVICE TO A THIRD DEVICE | 017.40169X00 | 04-12-2022::15:24:06 |

## Patent Assignment Abstract of Title

**Total Assignments:** 4

| | | | |
|---|---|---|---|
| **Application #:** 09941851 | **Filing Dt:** 08/30/2001 | **Patent #:** 7203505 | **Issue Dt:** 04/10/2007 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** NONE | **Pub Dt:** |
| **Inventors:** Tapani Larikka, Jari Juopperi | | | |
| **Title:** MESSAGE TRANSFER FROM A SOURCE DEVICE VIA A MOBILE TERMINAL DEVICE TO A THIRD DEVICE | | | |

### Assignment: 1
| | | | |
|---|---|---|---|
| **Reel/Frame:** 012130 / 0651 | **Received:** 09/07/2001 | **Recorded:** 08/30/2001 | **Mailed:** 11/06/2001 | **Pages:** 2 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors:** LARIKKA, TAPANI — **Exec Dt:** 08/06/2001
JUOPPERI, JARI — **Exec Dt:** 08/06/2001

**Assignee:** NOKIA CORP.
KEILALAHDENTIE 4
FIN-02150 ESPOO, FINLAND

**Correspondent:** ANTONELLI, TERRY, STOUT & KRAUS, LLP
HENRY M. ZYKORIE
1300 NORTH SEVENTEENTH STREET
SUITE 1800
ARLINGTON, VA 22209

### Assignment: 2
| | | | |
|---|---|---|---|
| **Reel/Frame:** 035601 / 0901 | **Received:** 05/09/2015 | **Recorded:** 05/09/2015 | **Mailed:** 05/12/2015 | **Pages:** 4 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** NOKIA CORPORATION — **Exec Dt:** 01/16/2015

**Assignee:** NOKIA TECHNOLOGIES OY
KARAPORTTI 3
ESPOO, FINLAND 02610

**Correspondent:** NOKIA USA INC.
200 SOUTH MATHILDA AVE
ATTN: INTELLECTUAL PROPERTY
SUNNYVALE, CA 94086

### Assignment: 3
| | | | |
|---|---|---|---|
| **Reel/Frame:** 045084 / 0282 | **Received:** 01/18/2018 | **Recorded:** 01/18/2018 | **Mailed:** 03/05/2018 | **Pages:** 13 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** NOKIA TECHNOLOGIES OY — **Exec Dt:** 12/22/2017

**Assignee:** WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

**Correspondent:** BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

### Assignment: 4
| | | | |
|---|---|---|---|
| **Reel/Frame:** 056990 / 0081 | **Received:** 06/01/2021 | **Recorded:** 06/01/2021 | **Mailed:** 07/28/2021 | **Pages:** 190 |

**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** WSOU INVESTMENTS, LLC — **Exec Dt:** 05/28/2021

**Assignee:** OT WSOU TERRIER HOLDINGS, LLC
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CALIFORNIA 90071

**Correspondent:** REBECCA B. LYNE
1285 AVENUE OF THE AMERICAS
PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP
NEW YORK, NY 10019-6064

Search Results as of: 04/12/2022 15:24:04 PM

***Disclaimer:***
*Assignment information on the assignment database reflects assignment documents that have been actually recorded.*
*If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.*
*If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350*

**Close Window**