# EXHIBIT 20

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1　　　　　　　　　　　　　　　　　　　　　　　　　EPAS ID: PAT4782411
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| NOKIA TECHNOLOGIES OY | 12/22/2017 |

### RECEIVING PARTY DATA

| Name: | WSOU INVESTMENTS, LLC |
|---|---|
| Street Address: | 11150 SANTA MONICA BLVD. |
| Internal Address: | SUITE 1400 |
| City: | LOS ANGELES |
| State/Country: | CALIFORNIA |
| Postal Code: | 90025 |

### PROPERTY NUMBERS Total: 101

| Property Type | Number |
|---|---|
| Patent Number: | 7890100 |
| Patent Number: | 7484240 |
| Patent Number: | 7213072 |
| Patent Number: | 7203505 |
| Patent Number: | 6484020 |
| Patent Number: | 7355590 |
| Patent Number: | 6617522 |
| Patent Number: | 7617542 |
| Patent Number: | 7103374 |
| Patent Number: | 8023966 |
| Patent Number: | 6580771 |
| Patent Number: | 6574457 |
| Patent Number: | 6829758 |
| Patent Number: | 7716137 |
| Patent Number: | 6842627 |
| Patent Number: | 6950680 |
| Patent Number: | 7224945 |
| Patent Number: | 6934564 |
| Patent Number: | 8108520 |

| Property Type | Number |
|---|---|
| Patent Number: | 7426187 |
| Patent Number: | 6750791 |
| Patent Number: | 7236191 |
| Patent Number: | 9077516 |
| Patent Number: | 7304563 |
| Patent Number: | 7206547 |
| Patent Number: | 7072695 |
| Patent Number: | 9805400 |
| Patent Number: | 7796951 |
| Patent Number: | 8209411 |
| Patent Number: | 7584244 |
| Patent Number: | 9084178 |
| Patent Number: | 7548945 |
| Patent Number: | 8111742 |
| Patent Number: | 7843974 |
| Patent Number: | 7242364 |
| Patent Number: | 7813444 |
| Patent Number: | 7376299 |
| Patent Number: | 8583090 |
| Patent Number: | 7116765 |
| Patent Number: | 7124189 |
| Patent Number: | 6671703 |
| Patent Number: | 8069315 |
| Patent Number: | 7924788 |
| Patent Number: | 7979091 |
| Patent Number: | 7782261 |
| Patent Number: | 8051387 |
| Patent Number: | 8229286 |
| Patent Number: | 7856246 |
| Patent Number: | 7813924 |
| Patent Number: | 8010138 |
| Patent Number: | 7937051 |
| Patent Number: | 8189532 |
| Patent Number: | 8391881 |
| Patent Number: | 7984486 |
| Patent Number: | 8571160 |
| Patent Number: | 8281211 |
| Patent Number: | 8149776 |

PATENT
REEL: 045084 FRAME: 0283

| Property Type | Number |
|---|---|
| Patent Number: | 8818448 |
| Patent Number: | 8103213 |
| Patent Number: | 8315278 |
| Patent Number: | 8331468 |
| Patent Number: | 8147071 |
| Patent Number: | 8180401 |
| Patent Number: | 8294688 |
| Patent Number: | 8977717 |
| Patent Number: | 8780134 |
| Patent Number: | 8862088 |
| Patent Number: | 8359075 |
| Patent Number: | 8452784 |
| Patent Number: | 8624759 |
| Patent Number: | 9313598 |
| Patent Number: | 9335825 |
| Patent Number: | 9047744 |
| Patent Number: | 8874585 |
| Patent Number: | 9264957 |
| Patent Number: | 8849241 |
| Patent Number: | 9344997 |
| Patent Number: | 8515409 |
| Patent Number: | 9300472 |
| Patent Number: | 8681181 |
| Patent Number: | 9081703 |
| Patent Number: | 9203609 |
| Patent Number: | 9009178 |
| Patent Number: | 9257098 |
| Patent Number: | 9098420 |
| Patent Number: | 9258644 |
| Patent Number: | 9350533 |
| Patent Number: | 9509835 |
| Patent Number: | 9798695 |
| Patent Number: | 9432854 |
| Patent Number: | 7353048 |
| Application Number: | 12401062 |
| Application Number: | 13102671 |
| Application Number: | 14241421 |
| Application Number: | 13659351 |

| Property Type | Number |
|---|---|
| Application Number: | 13875419 |
| Application Number: | 14193689 |
| Application Number: | 14188745 |
| Application Number: | 15525562 |
| Application Number: | 12940685 |
| Application Number: | 12827558 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | DOCKETING@BURDICKPATENTS.COM |
| **Correspondent Name:** | BURDICK PATENTS |
| **Address Line 1:** | 2526 W. STATE STREET |
| **Address Line 4:** | BOISE, IDAHO 83702 |

| | |
|---|---|
| **NAME OF SUBMITTER:** | KRIS PANGAN |
| **SIGNATURE:** | /Kris Pangan/ |
| **DATE SIGNED:** | 01/18/2018 |

**Total Attachments: 9**
source=Assignment - Nokia Tech to WSOU#page1.tif
source=Assignment - Nokia Tech to WSOU#page2.tif
source=Assignment - Nokia Tech to WSOU#page3.tif
source=Assignment - Nokia Tech to WSOU#page4.tif
source=Assignment - Nokia Tech to WSOU#page5.tif
source=Assignment - Nokia Tech to WSOU#page6.tif
source=Assignment - Nokia Tech to WSOU#page7.tif
source=Assignment - Nokia Tech to WSOU#page8.tif
source=Assignment - Nokia Tech to WSOU#page9.tif

## SCHEDULE G5: ASSIGNMENT OF PATENT RIGHTS

## BY NOKIA TECHNOLOGIES OY

## PATENT ASSIGNMENT

This **PATENT ASSIGNMENT**, including without limitation Exhibit A of this Schedule G5, ("**Assignment**") is made by:

(1) **Nokia Technologies Oy,** a company validly organized and existing under the laws of Finland and having its principal address at Karaportti 3, 02610 Espoo, Finland, ("**Assignor**"); to

(2) **WSOU Investments LLC** a company validly organized under the laws of Delaware, having its principal address at 11150 Santa Monica Boulevard, Suite 1400 Los Angeles, CA 90025, (the "**Assignee**"),

All references to the plural herein also mean the singular, and vice versa, unless the context otherwise requires.

**WHEREAS,** Assignor is the owner of certain patents and patent applications, as specified in Exhibit A hereto.

DEFINITIONS

"**Assigned Patents**" means (a) patent applications listed in Exhibit A of this Schedule G5; (b) all reissues, reexaminations, continuations, continuations-in-part, divisionals, renewals and extensions of such patents and patent applications (whether pending, issued, abandoned or filed prior to, on or after the Effective Date); (c) all patents and patent applications (i) to which any or all of the foregoing directly or indirectly claims priority to, or the benefit of, the filing date, or (ii) for which any or all of the foregoing directly or indirectly forms a basis for priority or otherwise provides the benefit of an earlier filing date; and (d) all foreign counterparts to any or all of the foregoing, and all utility models, certificates of invention, patent registrations and equivalent rights worldwide.

"**Assignment Date**" means December 22, 2017.

PATENT ASSIGNMENT

Assignor hereby assigns, transfers, and conveys unto Assignee, all of Assignor's right, title, and interest in and to each of the Assigned Patents.

The assignment, transfer, and conveyance to Assignee set forth above will become effective on the Assignment Date and is made subject to certain encumbrances and retained rights for the Assigned Patents in favor of Assignor and/or its assignees and licensees.

1

IN WITNESS WHEREOF, the Assignor has caused this Assignment to be signed by its duly authorized officers.

ASSIGNOR:

NOKIA TECHNOLOGIES OY

By: _____

Name: Jan Sandström
~~Director, Legal & Compliance~~
Title: _____

Date: December 22, 2017

ASSIGNOR:

NOKIA TECHNOLOGIES OY

By: _____

Name: _____
Hanna Nuortila
Title: Director, Legal & Compliance

Date: December 22, 2017

ACKNOWLEDGED BY
ASSIGNEE

ASSIGNEE:

WSOU INVESTMENTS LLC

By: _____

Name: STUART SHANUS

Title: President

Date: Jan. 9, 2018

2

Exhibit A

| Family | Case Reference | Patent Number | Application Number | Country | Grant Date | Application Date | Title |
|---|---|---|---|---|---|---|---|
| 16438 | 16438-US-PCT | 7890100 | 10/512691 | US | 15-Feb-2011 | 13-Jun-2003 | MSRN ALLOCATION BASED ON B-SUBSCRIBER'S HOME NETWORK |
| 16438 | 16438-CN-PCT | ZL03812707.5 | 03812707.5 | CN | 30-Apr-2008 | 13-Jun-2003 | MSRN ALLOCATION BASED ON B-SUBSCRIBER'S HOME NETWORK□ |
| 16438 | 16438-DE-EPT | 60343937.3 | 03730278.3 | DE | 1-May-2013 | 13-Jun-2003 | MSRN ALLOCATION BASED ON B-SUBSCRIBER'S HOME NETWORK□ |
| 16438 | 16438-NL-EPT | 1514445 | 03730278.3 | NL | 1-May-2013 | 13-Jun-2003 | MSRN ALLOCATION BASED ON B-SUBSCRIBER'S HOME NETWORK□ |
| 17214 | 17214-US-NP | 7484240 | 09/905463 | US | 27-Jan-2009 | 13-Jul-2001 | A mechanism to allow authentication of terminated SIP calls |
| 17527 | 17527-US-NP | 7213072 | 09/851527 | US | 1-May-2007 | 8-May-2001 | Description of permissible transcoding operations on image content. |
| 19140 | 19140-US-NP | 7203505 | 09/941851 | US | 10-Apr-2007 | 30-Aug-2001 | TRANSFER OF SMS DELIVERED SYNCML MESSAGES FROM MOBILE STATION TO THIRD DEVICE |
| 25531 | 25531-US-NP | 6484020 | 09/653393 | US | 19-Nov-2002 | 1-Sep-2000 | MOVING EAR BUD |
| 25542 | 25542-US-NP | 7355590 | 10/135956 | US | 8-Apr-2008 | 30-Apr-2002 | EXPRESS-ON KEYMAT |
| 25779 | 25779-US-NP | 6617522 | 09/870039 | US | 9-Sep-2003 | 30-May-2001 | SPECIAL TERMINALS (PINS) FOR THE ELECTRONIC COMPONENTS |
| 26200 | 26200-US-NP | 7617542 | 10/024224 | US | 10-Nov-2009 | 21-Dec-2001 | LOCATION BASED CONTENT PROTECTION |
| 28660 | 28660-US-NP | 7103374 | 10/190143 | US | 5-Sep-2006 | 3-Jul-2002 | SYNCRONIZATION OF TRANSMITTER AND RECEIVER FREQUENCIES IN MULTIACCESS NETWORKS |
| 28990 | 28990-US-NP | 8023966 | 11/018027 | US | 20-Sep-2011 | 21-Dec-2004 | ROAMING AGENT FOR CONTENT DOWNLOAD |
| 29307 | 29307-US-NP | 6580771 | 09/822897 | US | 17-Jun-2003 | 30-Mar-2001 | SUCCESSIVE USER DATA MULTIPATH INTERFACE CANCELLATION |
| 29609 | 29609-US-NP | 6574457 | 09/525782 | US | 3-Jun-2003 | 15-Mar-2000 | VIRTUALLY DOUBLE BALANCED MIXER |
| 30508 | 30508-US-NP | 6829758 | 09/617253 | US | 7-Dec-2004 | 14-Jul-2000 | INTERFACE MARKUP LANGUAGE (IML) |
| 30611 | 30611-CN-PCT | ZL02818182.4 | 02818182.4 | CN | 3-Oct-2007 | 14-Aug-2002 | SYSTEM AND METHOD FOR MESSAGE PROTECTION |
| 30611 | 30611-US-NP | 7716137 | 10/218198 | US | 11-May-2010 | 13-Aug-2002 | SYSTEM AND METHOD FOR MESSAGE PROTECTION |
| 31601 | 31601-CN-NP | ZL03123518.2 | 03123518.2 | CN | 20-Jun-2007 | 9-May-2003 | CONTROL METHOD FOR FLIP IN MOBILE PHONES |
| 32553 | 32553-US-NP | 6842627 | 09/860787 | US | 11-Jan-2005 | 18-May-2001 | CONTACT AND LOCKING METHOD FOR FLIP CONSTRUCTION |
| 33329 | 33329-US-NP | 6950680 | 09/953558 | US | 27-Sep-2005 | 17-Sep-2001 | LIGHTGUIDE CONCEPTS |
| 34806 | 34806-US-NP | 7224945 | 10/458453 | US | 29-May-2007 | 10-Jun-2003 | Twix Blendkey |
| 35320 | 35320-IN-NP | 247660 | 954/MAS/2002 | IN | 18-Dec-2002 | | HINDI INPUT |
| 35320 | 35320-US-NP | 6934564 | 10/027145 | US | 23-Aug-2005 | 20-Dec-2001 | HINDI INPUT |
| 36655 | 36655-US-NP | 8108520 | 10/465519 | US | 31-Jan-2012 | 19-Jun-2003 | QUALITY OF SERVICE STRATEGIC APPLICATION PROGRAMMING INTERFACE (QOS SAPI) |
| 36946 | 36946-US-NP | 7426187 | 10/691457 | US | 16-Sep-2008 | 21-Oct-2003 | FSP DECODING BY SOFTWARE |
| 37002 | 37002-US-NP | 6750791 | 10/361805 | US | 15-Jun-2004 | 7-Feb-2003 | A Method of Compressing Case Insensitive Text Data |

PATENT
REEL: 045084 FRAME: 0288

Exhibit A

| Family | Case Reference | Patent Number | Application Number | Country | Grant Date | Application Date | Title |
|---|---|---|---|---|---|---|---|
| 37002 | 37002-KR-PCT | 732664 | 2005-7014498 | KR | 20-Jun-2007 | 4-Feb-2004 | A METHOD OF COMPRESSING CASE INSENSITIVE TEXT DATA |
| 37038 | 37038-US-NP | 7236191 | 10/426303 | US | 26-Jun-2007 | 30-Apr-2003 | COLOR FILTER ARRAY INTERPOLATION METHOD |
| 37394 | 37394-US-PCT | 9077516 | 11/628634 | US | 7-Jul-2015 | 18-Jun-2004 | REDUCED COMPLEXITY NEAR-OPTIMAL BEAMFORMING FOR MULTIANTENNA OFDM TRANSMISSION |
| 37394 | 37394-DE-EPT | 60200040326677.1 | 04743771.0 | DE | 11-May-2011 | 18-Jun-2004 | REDUCED COMPLEXITY NEAR-OPTIMAL BEAMFORMING FOR MULTIANTENNA OFDM TRANSMISSION |
| 37394 | 37394-IN-PCT | | 364/DELNP/2007 | IN | | 18-Jun-2004 | REDUCED COMPLEXITY NEAR-OPTIMAL BEAMFORMING FOR MULTIANTENNA OFDM TRANSMISSION |
| 37394 | 37394-NL-EPT | 1757000 | 04743771.0 | NL | 11-May-2011 | 18-Jun-2004 | REDUCED COMPLEXITY NEAR-OPTIMAL BEAMFORMING FOR MULTIANTENNA OFDM TRANSMISSION |
| 37394 | 37394-TW-NP | 1384798 | 94119764 | TW | 1-Feb-2013 | 15-Jun-2005 | REDUCED COMPLEXITY NEAR-OPTIMAL BEAMFORMING FOR MULTIANTENNA OFDM TRANSMISSION |
| 39232 | 39232-US-NP | 7304563 | 10/957743 | US | 4-Dec-2007 | 5-Oct-2004 | DOUBLE ALARM |
| 43349 | 43349-US-NP | 7206547 | 10/675414 | US | 17-Apr-2007 | 30-Sep-2003 | Method of testing electric circuit, and arrangement |
| 43480 | 43480-US-NP | 7072695 | 10/781044 | US | 4-Jul-2006 | 17-Feb-2004 | BICYCLE OR CAR CRADLE WITH MECHANICAL SENSING OF PHONE TILT |
| 43790 | 43790-IN-PCT | | 5722/DELNP/2006 | IN | | 1-Mar-2005 | Over the air download of music scheme |
| 43790 | 43790-JP-PCT | 5043643 | 2007-501372 | JP | 20-Jul-2012 | 1-Mar-2005 | Over the air download of music scheme |
| 43790 | 43790-KR-PCT | 855644 | 2006-7019927 | KR | 26-Aug-2008 | 1-Mar-2005 | Over the air download of music scheme |
| 43790 | 43790-RU-PCT | 2339075 | 2006134476 | RU | 20-Nov-2008 | 1-Mar-2005 | Over the air download of music scheme |
| 43790 | 43790-US-NP | 9805400 | 10/792547 | US | 31-Oct-2017 | 2-Mar-2004 | Over the air download of music scheme |
| 43790 | 43790-EP-EPT | | 05708635.7 | EP | | 1-Mar-2005 | OVER THE AIR DOWNLOAD OF MUSIC SCHEME |
| 44111 | 44111-US-NP | 7796951 | 11/251437 | US | 14-Sep-2010 | 14-Oct-2005 | FM RADIO- AM BAND APPLICATION ENGINE |
| 45159 | 45159-US-CNT | 8209411 | 12/506642 | US | 26-Jun-2012 | 21-Jul-2009 | METHOD AND SYSTEM FOR SHARING PC APPLICATION CONTENT WITH MOBILE TERMINALS |
| 45159 | 45159-US-NP | 7584244 | 10/861595 | US | 1-Sep-2009 | 4-Jun-2004 | METHOD AND SYSTEM FOR SHARING PC APPLICATION CONTENT WITH MOBILE TERMINALS |
| 45411 | 45411-US-NP | 9084178 | 11/053981 | US | 14-Jul-2015 | 8-Feb-2005 | CHANNEL PRESET POLLING IN MOBILE MEDIA NETWORKS |
| 46040 | 46040-CN-PCT | 2.00068E+11 | 200680014846.4 | CN | 3-Oct-2012 | 13-Apr-2006 | DOMAIN NAME CLUSTERING |
| 46040 | 46040-EP-EPT | | 06727550.3 | EP | | 13-Apr-2006 | DOMAIN NAME CLUSTERING |
| 46040 | 46040-US-NP | 7548945 | 11/169375 | US | 16-Jun-2009 | 29-Jun-2005 | DOMAIN NAME CLUSTERING |

**PATENT
REEL: 045084 FRAME: 0289**

Exhibit A

| Family | Case Reference | Patent Number | Application Number | Country | Grant Date | Application Date | Title |
|---|---|---|---|---|---|---|---|
| 46757 | 46757-US-PCT | 8111742 | 11/887826 | US | 7-Feb-2012 | 7-Apr-2005 | A VERY LOW COMPLEXITY EQUALIZER TAP SOLVER FOR MIMO AND STTD SIGNALS |
| 46757 | 46757-DE-EPT | 602005047884.1 | 05736290.7 | DE | 11-Nov-2015 | 7-Apr-2005 | A VERY LOW COMPLEXITY EQUALIZER TAP SOLVER FOR MIMO AND STTDSIGNALS☐ |
| 46757 | 46757-KR-PCT | 0984053 | 2007-7025899 | KR | 17-Sep-2010 | 7-Apr-2005 | A VERY LOW COMPLEXITY EQUALIZER TAP SOLVER FOR MIMO AND STTDSIGNALS☐ |
| 49340 | 49340-US-NP | 7843974 | 11/174292 | US | 30-Nov-2010 | 30-Jun-2005 | Audio-Video Synchronization in See-What-I-See |
| 49570 | 49570-US-NP | 7242364 | 11/238438 | US | 10-Jul-2007 | 29-Sep-2005 | DUAL-RESONANT LOW-IMPEDANCE PILA ANTENNA WITH MODIFIED PARALLEL RESONANT MATCHING NETWORK |
| 49874 | 49874-US-NP | 7813444 | 11/402636 | US | 12-Oct-2010 | 11-Apr-2006 | MEASUREMENT METHOD FOR AMPLITUDE AND PHASE SYNCHRONIZATION IN POLAR TRANSMITTERS |
| 49898 | 49898-US-NP | 7376299 | 11/313219 | US | 20-May-2008 | 19-Dec-2005 | OPTICAL TWO CHANNEL ROTARY HINGE |
| 51694 | 51694-US-NP | 8583090 | 11/617965 | US | 12-Nov-2013 | 29-Dec-2006 | POSTPONING TASK COMPLETION TO ANOTHER DEVICE |
| 52409 | 52409-US-CIP | 7116765 | 09/854308 | US | 3-Oct-2006 | 11-May-2001 | MAPPING AN INTERNET DOCUMENT TO BE ACCESSED OVER A TELEPHONESYSTEM |
| 52411 | 52411-DE-EPT | 60148910.1 | 01991262.5 | DE | 16-Jul-2014 | 19-Dec-2001 | SPONTANEOUS VIRTUAL PRIVATE NETWORK BETWEEN PORTABLE DEVICEAND ENTERPRISE NETWORK |
| 52411 | 52411-JP-PCT | 3909289 | 2002-551723 | JP | 26-Jan-2007 | 19-Dec-2001 | SPONTANEOUS VIRTUAL PRIVATE NETWORK BETWEEN PORTABLE DEVICEAND ENTERPRISE NETWORK |
| 52411 | 52411-US-NP | 7124189 | 09/767465 | US | 17-Oct-2006 | 22-Jan-2001 | SPONTANEOUS VIRTUAL PRIVATE NETWORK BETWEEN PORTABLE DEVICEAND ENTERPRISE NETWORK |
| 52413 | 52413-US-NP | 6671703 | 09/887840 | US | 30-Dec-2003 | 22-Jun-2001 | SYSTEM AND METHOD FOR FILE TRANSMISSION USING FILE DIFFERENTIATION |
| 52413 | 52413-EP-EPT | | 01952185.5 | EP | | 22-Jun-2001 | SYSTEM AND METHOD FOR FILE TRANSMISSION USING FILE DIFFERENTIATION☐ |
| 53318 | 53318-US-NP | 8069315 | 11/848166 | US | 29-Nov-2011 | 30-Aug-2007 | PARALLEL SCANNING METHOD |
| 53841 | 53841-US-NP | 7924788 | 11/520654 | US | 12-Apr-2011 | 14-Sep-2006 | METHOD TO IDENTIFY POTENTIAL MISSING NEIGHBOURS VIA THE PREDICTION OF NEIGHBOUR CELL PERFORMANCE IN CELLULAR NETWORKS |
| 53970 | 53970-US-NP | 7979091 | 11/469021 | US | 12-Jul-2011 | 31-Aug-2006 | HALO 2 - CRISS-CROSS MENU SYSTEM |
| 54031 | 54031-IN-NP | | 676/DEL/2007 | IN | | 28-Mar-2007 | INTUITIVE EDITING FOR BRAHMIC SCRIPTS |
| 54044 | 54044-US-NP | 7782261 | 11/642342 | US | 24-Aug-2010 | 20-Dec-2006 | IMA ANTENNA |
| 54044 | 54044-CN-PCT | 200780042760.7 | 200780042760.7 | CN | 15-Jan-2014 | 20-Dec-2007 | IMA ANTENNA☐ |
| 54044 | 54044-EP-EPT | | 07872085.1 | EP | | 20-Dec-2007 | IMA ANTENNA☐ |
| 54044 | 54044-IN-PCT | 270026 | 1965/CHENP/2009 | IN | 24-Nov-2015 | 20-Dec-2007 | IMA ANTENNA☐ |

PATENT
REEL: 045084 FRAME: 0290

Exhibit A

| Family | Case Reference | Patent Number | Application Number | Country | Grant Date | Application Date | Title |
|---|---|---|---|---|---|---|---|
| 54044 | 54044-KR-PCT | 1150683 | 2009-7015154 | KR | 21-May-2012 | 20-Dec-2007 | IMA ANTENNA□ |
| 54707 | 54707-US-NP | 8051387 | 11/824256 | US | 1-Nov-2011 | 28-Jun-2007 | CORRELATION BASED SPATIAL USER INTERFACE METAPHOR TO AID IN RADIO STATION DISCOVERY |
| 54873 | 54873-US-NP | 8229286 | 11/690287 | US | 24-Jul-2012 | 23-Mar-2007 | IMPROVED FAST FORWARDING SPEED |
| 55543 | 55543-US-NP | 7856246 | 11/726328 | US | 21-Dec-2010 | 21-Mar-2007 | HIGH-LEVEL ARCHITECHTURE FOR TIGHTLY-COUPLED RADIO FREQUENCY SIGNAL PROCESSING VLIW MIMD HYBRID PROCESSOR |
| 56682 | 56682-US-NP | 7813924 | 11/733329 | US | 12-Oct-2010 | 10-Apr-2007 | METHOD FOR VOICE CONVERSION DATA COLLECTION |
| 57110 | 57110-US-NP | 8010138 | 11/893144 | US | 30-Aug-2011 | 15-Aug-2007 | MAINTAINING MOBILE NETWORK CELL SYNCHRONIZATION IN BTS HOLDOVER MODE |
| 57368 | 57368-US-NP | 7937051 | 11/974009 | US | 3-May-2011 | 11-Oct-2007 | TEHONMITTAUSMENETELMGMULTIRADIOTA VARTEN |
| 57488 | 57488-US-NP | 8189532 | 12/003459 | US | 29-May-2012 | 26-Dec-2007 | END DEVICE CONTROLLED PROACTIVE TCP MECHANISM FOR INTER-SYSTEM HANDOVER |
| 60367 | 60367-US-NP | 8391881 | 12/012726 | US | 5-Mar-2013 | 4-Feb-2008 | Collaborative means to operate in a radio system with cognitive features |
| 60367 | 60367-CN-PCT | 200980101477.6 | 200980101477.6 | CN | 9-Oct-2013 | 3-Feb-2009 | Collaborative means to operate in a radio system with cognitive features |
| 60367 | 60367-DE-EPT | 602009017403.7 | 09709235.7 | DE | 24-Jul-2013 | 3-Feb-2009 | Collaborative means to operate in a radio system with cognitive features |
| 60813 | 60813-US-NP | 7984486 | 11/946459 | US | 19-Jul-2011 | 28-Nov-2007 | Extending use of Generic Authentication Architecture for entities supporting local and global Mobile IP mobility |
| 61200 | 61200-US-NP | 8571160 | 12/222107 | US | 29-Oct-2013 | 1-Aug-2008 | Frequency estimation method for OFDM-systems, primarily WiMAX |
| 63412 | 63412-US-NP | 8281211 | 12/121631 | US | 2-Oct-2012 | 15-May-2008 | Joint network coding for multiple-access relay network with imperfect UE-Relay link |
| 64058 | 64058-US-NP | 8149776 | 12/454053 | US | 3-Apr-2012 | 12-May-2009 | WCDMA RACH optimization |
| 64221 | 64221-US-NP | 8818448 | 12/420161 | US | 26-Aug-2014 | 8-Apr-2009 | CS Fallback With User Control |
| 64221 | 64221-CN-PCT | 200980121337.5 | 200980121337.5 | CN | 16-Apr-2014 | 8-Apr-2009 | CS Fallback With User Control |
| 65164 | 65164-US-NP | 8103213 | 12/203746 | US | 24-Jan-2012 | 3-Sep-2008 | Point of use radio for Software Defined Radio computers |
| 65775 | 65775-US-NP | 8315278 | 12/317591 | US | 20-Nov-2012 | 23-Dec-2008 | Network synchronization method for distributed wireless network |
| 66250 | 66250-US-NP | 8331468 | 12/474947 | US | 11-Dec-2012 | 29-May-2009 | Generation of the Ciclic prefix as a postfix and a time prerotation before the DFT precoding in SCFDMA systems. |
| 66548 | 66548-US-NP | 8147071 | 12/387313 | US | 3-Apr-2012 | 29-Apr-2009 | Microprojector UI |
| 67295 | 67295-BR-PCT | PI1009246.3 | PI1009246.3 | BR |  | 4-Mar-2010 | On-Demand Song Mapping using external metadata provider |
| 67295 | 67295-CN-PCT | 201080010961.0 | 201080010961.0 | CN | 22-Jul-2015 | 4-Mar-2010 | On-Demand Song Mapping using external metadata provider |
| 67295 | 67295-EP-EPT |  | 10750420.1 | EP |  | 4-Mar-2010 | On-Demand Song Mapping using external metadata provider |
| 67295 | 67295-ID-PCT | IDP000045025 | W00201103593 | ID | 7-Mar-2017 | 4-Mar-2010 | On-Demand Song Mapping using external metadata provider |
| 67295 | 67295-US-NP |  | 12/401062 | US |  | 10-Mar-2009 | On-Demand Song Mapping using external metadata provider |
| 67295 | 67295-ZA-PCT | 2011/7277 | 2011/7277 | ZA | 27-Mar-2013 | 4-Mar-2010 | On-Demand Song Mapping using external metadata provider |
| 68035 | 68035-US-NP | 8180401 | 12/467872 | US | 15-May-2012 | 18-May-2009 | SIM application toolkit Provide local information terminal temperature |

PATENT
REEL: 045084 FRAME: 0291

Exhibit A

| Family | Case Reference | Patent Number | Application Number | Country | Grant Date | Application Date | Title |
|---|---|---|---|---|---|---|---|
| 68577 | 68577-US-NP | 8294688 | 12/387253 | US | 23-Oct-2012 | 29-Apr-2009 | Dual Touchscreen System |
| 69356 | 69356-US-NP | 8977717 | 12/486511 | US | 10-Mar-2015 | 17-Jun-2009 | A mobile content store built using stateless front-ends, scalable caching mechanism and schema-free metadata storage |
| 69623 | 69623-US-NP | 8780134 | 12/570422 | US | 15-Jul-2014 | 30-Sep-2009 | TouchTone: Interactive Local Image Adjustment Using Point-And-Swipe |
| 70016 | 70016-US-PCT | 8862088 | 13/497485 | US | 14-Oct-2014 | 22-Sep-2009 | Receiver architecture using a transferred impedance polyphase filter in feedback |
| 70016 | 70016-CN-PCT | 200980161552.8 | 200980161552.8 | CN | 15-Apr-2015 | 22-Sep-2009 | Receiver architecture using a transferred impedance polyphase filter in feedback |
| 70016 | 70016-EP-EPT | | 09849712.6 | EP | | 22-Sep-2009 | Receiver architecture using a transferred impedance polyphase filter in feedback |
| 70218 | 70218-US-NP | 8359075 | 12/647675 | US | 22-Jan-2013 | 28-Dec-2009 | Mobile Device with Transparent Display |
| 70470 | 70470-US-NP | 8452784 | 12/604154 | US | 28-May-2013 | 22-Oct-2009 | Method and interface for searching geo-tagged information |
| 70810 | 70810-US-NP | 8624759 | 12/783464 | US | 7-Jan-2014 | 19-May-2010 | 360deg Navigation Key for Mobile Devices |
| 71520 | 71520-US-PCT | 9313598 | 13/579561 | US | 12-Apr-2016 | 2-Mar-2011 | Stereo to Five Channel Upmix using Matrix Factorization |
| 71552 | 71552-US-NP | 9335825 | 12/693667 | US | 10-May-2016 | 26-Jan-2010 | Gesture based music volume control using radar |
| 71778 | 71778-US-NP | 9047744 | 12/722724 | US | 2-Jun-2015 | 12-Mar-2010 | Wrist straps |
| 72094 | 72094-US-NP | 8874585 | 12/797284 | US | 28-Oct-2014 | 9-Jun-2010 | System and Method for User-Based Search in a Distributed Smart Space |
| 72427 | 72427-CN-PCT | 2.0108E+11 | 201080066710.4 | CN | 13-Apr-2016 | 10-May-2010 | Key derivation during SRVCC from UTRAN/GERAN to EUTRAN/HSPA |
| 72427 | 72427-US-PCT | 9264957 | 13/696983 | US | 16-Feb-2016 | 10-May-2010 | Key derivation during SRVCC from UTRAN/GERAN to EUTRAN/HSPA |
| 72427 | 72427-EP-EPT | | 10851202.1 | EP | | 10-May-2010 | Key derivation during SRVCC from UTRAN/GERAN to EUTRAN/HSPA |
| 72509 | 72509-US-NP | | 12/827558 | US | | 30-Jun-2010 | Smart player positioning in multiplayer games |
| 72535 | 72535-US-NP | 8849241 | 12/824878 | US | 30-Sep-2014 | 28-Jun-2010 | Mechanism for energy-aware connection and code offloading |
| 73688 | 73688-US-PCT | 9344997 | 13/879366 | US | 17-May-2016 | 13-Oct-2010 | Simultaneous cellular and D2D communication in the mixed networks |
| 73740 | 73740-US-NP | | 12/940685 | US | | 5-Nov-2010 | Mobile Web Automators |
| 74468 | 74468-US-NP | 8515409 | 12/956901 | US | 20-Aug-2013 | 30-Nov-2010 | Efficient distributed Publish / Subscribe mechanism in AwareNet |
| 74664 | 74664-EP-EPT | | 11867485.2 | EP | | 9-Jun-2011 | Glitchless Clock divider with fast clock change |
| 74937 | 74937-US-NP | | 13/102671 | US | | 6-May-2011 | a gestural UI for automatic switch between the frontal and rear camera |
| 75028 | 75028-US-NP | | 13/249710 | US | 29-Mar-2016 | 30-Sep-2011 | Method and apparatus for improving digital signatures |
| 75941 | 75941-CN-PCT | 9300472 | 201180074320.6 | CN | | 30-Aug-2011 | Phonebook based application and content sharing |
| 75941 | 75941-EP-EPT | | 11871557.2 | EP | | 30-Aug-2011 | Phonebook based application and content sharing |
| 75941 | 75941-US-PCT | | 14/241421 | US | | 30-Aug-2011 | Phonebook based application and content sharing |
| 76007 | 76007-US-NP | 8681181 | 13/217060 | US | 25-Mar-2015 | 24-Aug-2011 | Compressing visual space to optimize the presentation of information |

PATENT
REEL: 045084 FRAME: 0292

Exhibit A

| Family | Case Reference | Patent Number | Application Number | Country | Grant Date | Application Date | Title |
|---|---|---|---|---|---|---|---|
| 76174 | 76174-US-NP | 9081703 | 13/233537 | US | 14-Jul-2015 | 15-Sep-2011 | User Mode Host Side USB Sharing Architecture In Multi Domain Computers |
| 76262 | 76262-US-NP | | 13/659351 | US | | 24-Oct-2012 | "Pipette tool"; method and interface for exchanging information between devices or Cloud |
| 76541 | 76541-CN-PCT | 2.01280E+11 | 201280061049.7 | CN | 10-May-2017 | 5-Dec-2012 | A system and method of RF memory tag solution for key hierarchy when using RF memory (e)tags/sticks for key setup |
| 76541 | 76541-EP-EPT | | 12857821.8 | EP | | 5-Dec-2012 | A system and method of RF memory tag solution for key hierarchy when using RF memory (e)tags/sticks for key setup |
| 76541 | 76541-US-NP | 9203609 | 13/316932 | US | 1-Dec-2015 | 12-Dec-2011 | A system and method of RF memory tag solution for key hierarchy when using RF memory (e)tags/sticks for key setup |
| 76871 | 76871-US-NP | 9009178 | 13/339036 | US | 14-Apr-2015 | 28-Dec-2011 | METHODS TO DISCOVER TVWS REGULATORY DOMAIN & DB PROTOCOL DIALECT |
| 76874 | 76874-US-NP | 9257098 | 13/336818 | US | 9-Feb-2016 | 23-Dec-2011 | Dynamic peep hole into a background application |
| 77044 | 77044-US-NP | 9098420 | 13/279020 | US | 4-Aug-2015 | 21-Oct-2011 | Smart-cache/Intelligent caching; |
| 78142 | 78142-US-NP | 9258644 | 13/560015 | US | 9-Feb-2016 | 27-Jul-2012 | Videocamera microphone automatic beamforming based on camera focus distance information |
| 78752 | 78752-US-NP | 9350533 | 13/602541 | US | 24-May-2016 | 4-Sep-2012 | A method for delivering encrypted content to web browsers based upon entropy of that decrypted content |
| 78777 | 78777-US-PCT | 9509835 | 14/395261 | US | 29-Nov-2016 | 8-May-2012 | An Approach of Secure Recognition for Pervasive Face-to-Face Social Communications |
| 78777 | 78777-CN-PCT | | 201280073053.5 | CN | | 8-May-2012 | An Approach of Secure Recognition for Pervasive Face-to-Face Social Communications |
| 78777 | 78777-EP-EPT | | 12876517.9 | EP | | 8-May-2012 | An Approach of Secure Recognition for Pervasive Face-to-Face Social Communications |
| 78885 | 78885-CN-PCT | | 201280075176.2 | CN | | 7-Aug-2012 | Memory access control for executable locking for Wireless Memory |
| 78885 | 78885-EP-EPT | | 12882823.3 | EP | | 7-Aug-2012 | Memory access control for executable locking for Wireless Memory |
| 78885 | 78885-US-PCT | 9798695 | 14/414875 | US | 24-Oct-2017 | 7-Aug-2012 | Memory access control for executable locking for Wireless Memory |
| 80189 | 80189-US-NP | 9367938 | 13/780843 | US | 14-Jun-2016 | 28-Feb-2013 | Automated real-time detection of overlapping painted HTML elements |
| 81616 | 81616-US-NP | | 13/875419 | US | | 2-May-2013 | Distance based mixing level control of distributed microphones |
| 83827 | 83827-US-NP | 9432854 | 14/026245 | US | 30-Aug-2016 | 13-Sep-2013 | Method for Avoiding Interference from Overlapping BSSs in Contention-Free Periods |
| 83827 | 83827-DE-EPA | 602014008695.0 | 14180002.9 | DE | 19-Apr-2017 | 6-Aug-2014 | Method for Avoiding Interference from Overlapping BSSs in Contention-Free Periods |
| 84861 | 84861-US-NP | | 14/193689 | US | | 28-Feb-2014 | Methos using 3D model with a becon for automatic goods delivery |
| 85334 | 85334-US-NP | | 14/188745 | US | | 25-Feb-2014 | Stretchable clip for accessory lenses of mobile handsets |
| 86547 | 86547-US-PCT | | 15/525562 | US | | 13-Nov-2014 | Direction capability using Bluetooth Low Energy Tags |
| 86547 | 86547-KR-PCT | | 2017-7016025 | KR | | 13-Nov-2014 | Direction capability using Bluetooth Low Energy Tags |
| 86547 | 86547-CN-PCT | | 201480084544.9 | CN | | 13-Nov-2014 | Direction capability using Bluetooth Low Energy Tags |

PATENT
REEL: 045084 FRAME: 0293

Exhibit A

| Family | Case Reference | Patent Number | Application Number | Country | Grant Date | Application Date | Title |
|---|---|---|---|---|---|---|---|
| 86547 | 86547-EP1 | | 14905705.1 | EP | | 13-Nov-2014 | Direction capability using Bluetooth Low Energy Tags |
| 200113585 | 2001P13585WECH | 1438823 | 02772238.8 | CH | 11-Nov-2009 | 30-Aug-2002 | VERFAHREN ZUR ÜBERTRAGUNG VON SIGNALTÖNEN IN HETEROGENEN NETZEN, VORRICHTUNG UND COMPUTERPROGRAMMPRODUKT |
| 200113585 | 2001P13585WEDE | 50213995.1 | 02772238.8 | DE | 11-Nov-2009 | 30-Aug-2002 | VERFAHREN ZUR ÜBERTRAGUNG VON SIGNALTÖNEN IN HETEROGENEN NETZEN, VORRICHTUNG UND COMPUTERPROGRAMMPRODUKT |
| 200113585 | 2001P13585WEGB | 1438823 | 02772238.8 | GB | 11-Nov-2009 | 30-Aug-2002 | VERFAHREN ZUR ÜBERTRAGUNG VON SIGNALTÖNEN IN HETEROGENEN NETZEN, VORRICHTUNG UND COMPUTERPROGRAMMPRODUKT |
| 200113585 | 2001P13585WEIE | 1438823 | 02772238.8 | IE | 11-Nov-2009 | 30-Aug-2002 | VERFAHREN ZUR ÜBERTRAGUNG VON SIGNALTÖNEN IN HETEROGENEN NETZEN, VORRICHTUNG UND COMPUTERPROGRAMMPRODUKT |
| 200298020 | 2002P98020WOCN | 398462 | 03803051.9 | CN | 28-May-2008 | 31-Jan-2003 | INFORMATION TRANSFER METHOD, INFORMATION TRANSFER SYSTEM, AND BASE STATION |
| 200401338 | 2004P01338WEBE | 1709803 | 05701481.3 | BE | 1-Dec-2010 | 11-Jan-2005 | VERTEILUNG VON KURZNACHRICHTEN MITTELS EINER VIDEO CONTROL EINRICHTUNG |
| 200401338 | 2004P01338WEDE | 50 2005 010 614.8 | 05701481.3 | DE | 1-Dec-2010 | 11-Jan-2005 | VERTEILUNG VON KURZNACHRICHTEN MITTELS EINER VIDEO CONTROL EINRICHTUNG |
| 200401338 | 2004P01338WEFR | 1709803 | 05701481.3 | FR | 1-Dec-2010 | 11-Jan-2005 | VERTEILUNG VON KURZNACHRICHTEN MITTELS EINER VIDEO CONTROL EINRICHTUNG |
| 200401338 | 2004P01338WEGB | 1709803 | 05701481.3 | GB | 1-Dec-2010 | 11-Jan-2005 | VERTEILUNG VON KURZNACHRICHTEN MITTELS EINER VIDEO CONTROL EINRICHTUNG |
| 200401338 | 2004P01338WENL | 1709803 | 05701481.3 | NL | 1-Dec-2010 | 11-Jan-2005 | VERTEILUNG VON KURZNACHRICHTEN MITTELS EINER VIDEO CONTROL EINRICHTUNG |
| 200402733 | 2004P02733WEAT | E381223 | 05707922.0 | AT | 12-Dec-2007 | 2-Feb-2005 | Mehrfache Verwendung einer standardisierten Schnittstelle in einer Vorrichtung |
| 200402733 | 2004P02733WEDE | 50 2005 002 223.8 | 05707922.0 | DE | 12-Dec-2007 | 2-Feb-2005 | Mehrfache Verwendung einer standardisierten Schnittstelle in einer Vorrichtung |
| 200402733 | 2004P02733WEGB | 1719367 | 05707922.0 | GB | 12-Dec-2007 | 2-Feb-2005 | Mehrfache Verwendung einer standardisierten Schnittstelle in einer Vorrichtung |
| 200402733 | 2004P02733WEIT | 1719367 | 05707922.0 | IT | 12-Dec-2007 | 2-Feb-2005 | Mehrfache Verwendung einer standardisierten Schnittstelle in einer Vorrichtung |
| 200402733 | 2004P02733WOJP | 4504416 | 2007-500205 | JP | 30-Apr-2010 | 2-Feb-2005 | Mehrfache Verwendung einer standardisierten Schnittstelle in einer Vorrichtung |
| 200402733 | 2004P02733WENL | 1719367 | 05707922.0 | NL | 12-Dec-2007 | 2-Feb-2005 | Mehrfache Verwendung einer standardisierten Schnittstelle in einer Vorrichtung |
| 200402733 | 2004P02733WESK | 1719367 | 05707922.0 | SK | 12-Dec-2007 | 2-Feb-2005 | Mehrfache Verwendung einer standardisierten Schnittstelle in einer Vorrichtung |
| 200402733 | 2004P02733WEES | 1719367 | 05707922.0 | ES | 12-Dec-2007 | 2-Feb-2005 | Mehrfache Verwendung einer standardisierten Schnittstelle in einer Vorrichtung |
| 200402733 | 2004P02733WEFR | 1719367 | 05707922.0 | FR | 12-Dec-2007 | 2-Feb-2005 | Mehrfache Verwendung einer standardisierten Schnittstelle in einer Vorrichtung |
| 200498050 | 2004P98050WOCN | 503670 | 200580010493.6 | CN | 3-Jun-2009 | 5-Apr-2005 | BASEBAND MODULE AND DATA TRANSMISSION METHOD |
| 42011B | 42011B-US-NP | 7353048 | 10/323822 | US | 1-Apr-2008 | 20-Dec-2002 | TRANSFORMER HINGE DESIGN |

RECORDED: 01/18/2018

PATENT
REEL: 045084 FRAME: 0294