# EXHIBIT 24

WSOU Investments, LLC d/b/a Brazos Licensing and Development,

### Case Outcomes in Selected Role

### Courts Where This Party Has Litigated as Patentee

### Technology Centers of Cases - Patentee

The selected parties typically litigate in the role of Patentee in Patent Cases. Select a different role to view data in that role.

- (●) Most Common Role
- ( ) Patentee
- ( ) Patent Challenger

Show Data in Forums:

- (●) All Forums
- ( ) US District Courts
- ( ) ITC
- ( ) PTAB

### Determinations (Patentee)

| | |
|---|---|
| Infringed | 0 |
| Not infringed | 0 |
| Invalid | 2 |
| Not invalid | 12 |
| Unenforceable | 0 |
| Not unenforceable | 0 |

### PTAB Determinations - Patentee

| | |
|---|---|
| Amendment allowed | 0 |
| Amendment not allowed | 0 |
| Not Unpatentable | 0 |
| Unpatentable | 1 |

- [x] Stipulated/Agreed
- [x] Non-Stipulated

Note: The below figures represent combined totals for all selected parties. If multiple parties were selected to create this profile, these figures do not account for them appearing on the same case(s).

### Case Stats - Patentee

| | |
|---|---|
| Claim Constructions | 490 |
| Accusations | 474 |
| Cases | 250 |

### Remedies For Party - Patentee

| | |
|---|---|
| Permanent injunctions | 0 |
| Preliminary injunctions/TR.. | 0 |
| Aggregate damages $ amo.. | |

- [x] Stipulated/Agreed
- [x] Non-Stipulated

### Cases Per Year as a Patentee

Still Active
Terminated

### Opposing Parties

Show opposing parties:

- [x] With Outcomes
- [x] Without Outcomes

Show parties with outcomes:

- [x] No Outcome
- [x] Opponent Lost
- [x] Settled/Voluntarily Dismissed

Show Opponent Type(s):
All

Search Opposing Parties
All

| | |
|---|---|
| Arista Networks, Inc. | |
| Canon Inc. | |
| Canon USA, Inc. | |
| Cisco Systems, Inc. | |
| Dell Inc. | |
| Dell Technologies Inc. | |
| EMC Corporation | |
| F5 Networks, Inc. | |
| Google LLC f/k/a Google Inc. | |
| Hewlett Packard Enterprise Company | Settled/Voluntarily Dismissed |
| Huawei Device (Dongguan) Co. | Settled/Voluntarily Dismissed |
| Huawei Device (Shenzhen) Co., Ltd. f/k/a Huawei Device .. | Settled/Voluntarily Dismissed |
| Huawei Device Co., Ltd. f/k/a Huawei Device (Dongguan) .. | Settled/Voluntarily Dismissed |
| Huawei Device USA, Inc. | Settled/Voluntarily Dismissed |
| Huawei Investment & Holding Co., Ltd. | Settled/Voluntarily Dismissed |

### Firms Representing Selected Parties as Patentee

Showing Firms:

- (●) Top 20
- ( ) All

Show Counsel Type(s):

- [x] Show Only Local Counsel
- [x] Exclude Local Counsel

Year of Case Filing Date
All values

DocketNavigator

