UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION,<br><br>Defendant. | CIVIL ACTION 6:20-cv-00487-ADA<br>CIVIL ACTION 6:20-cv-00488-ADA<br>CIVIL ACTION 6:20-cv-00489-ADA<br>CIVIL ACTION 6:20-cv-00490-ADA<br>CIVIL ACTION 6:20-cv-00491-ADA<br>CIVIL ACTION 6:20-cv-00493-ADA<br>CIVIL ACTION 6:20-cv-00494-ADA<br>CIVIL ACTION 6:20-cv-00495-ADA<br>CIVIL ACTION 6:20-cv-00496-ADA<br>CIVIL ACTION 6:20-cv-00497-ADA<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development respectfully submits this Unopposed Motion for Entry of Supplemental Protective Order, which is attached hereto as Exhibit 1. Defendant ZTE Corporation does not oppose Plaintiff's motion.

Dated: October 24, 2022

Respectfully submitted,

By: /s/ Jonathan K. Waldrop
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)

hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Chen Jia (CA Bar No. 281470)
(Admitted in this District)
cjia@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Charles A. Naggar (NY Bar No. 5356449)
(Admitted pro hac vice)
cnaggar@kasowitz.com
Hershy Stern (NY Bar No. 4631024)
(Admitted pro hac vice)
hstern@kasowitz.com
Howard L. Bressler (NY Bar No. 2487379)
(Admitted pro hac vice)
hbressler@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted pro hac vice)
jlaporte@kasowitz.com
Lea Dartevelle Erhel (NY Bar No. 5172101)
(Admitted pro hac vice)
ldartevelffle@kasowitz.com
Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted pro hac vice)
jwhitehill@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted pro hac vice)
ndorman@kasowitz.com
Jessica C. Sutliff (NY Bar No. 2772150)
(Admitted pro hac vice)
jsutliff@kasowitz.com
Ryan A. Madden (NY Bar No. 5706080)
(Admitted pro hac vice)
rmadden@kasowitz.com

Shelley Ivan (NY Bar No. 4338067)
(Admitted pro hac vice)
sivan@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690

Gregory Phillip Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**Attorneys for Plaintiff**

**WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

**CERTIFICATE OF CONFERENCE**

The parties complied with Local Rule CV-7(G). On October 24, 2022, Defendant's counsel confirmed that Defendant does not oppose this motion.

>   /s/ Jonathan K. Waldrop
>   **Jonathan K. Waldrop**

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 24, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>   /s/ Jonathan K. Waldrop
>   **Jonathan K. Waldrop**